Addiction 

RESEARCH REPORT

doi:10.1111/add.12536

# The impact of opioid substitution therapy on mortality post-release from prison: retrospective data linkage study

Louisa Degenhardt[1,2,3,4], Sarah Larney[1,5], Jo Kimber[1,6], Natasa Gisev[1], Michael Farrell[1], Timothy Dobbins[7], Don J. Weatherburn[8], Amy Gibson[9], Richard Mattick[1], Tony Butler[10] & Lucy Burns[1]

National Drug and Alcohol Research Centre, University of New South Wales, Sydney, NSW, Australia,[1] School of Population and Global Health, University of Melbourne, Melbourne, Vic., Australia,[2] Murdoch Children's Research Institute, Melbourne, Vic., Australia,[3] Department of Global Health, School of Public Health, University of Washington, Seattle, WA, USA,[4] Alpert Medical School, Brown University, Providence, RI, USA,[5] Centre for Research on Drugs and Health Behaviour, London School of Hygiene and Tropical Medicine, London, UK,[6] National Centre for Epidemiology and Population Health, Research School of Population Health, ANU College of Medicine, Biology and Environment, Australian National University, Canberra, ACT, Australia,[7] New South Wales Bureau of Crime Statistics and Research (BOCSAR), Sydney, NSW, Australia,[8] University of Western Sydney, Sydney, NSW, Australia[9] and Kirby Institute, University of New South Wales, Sydney, NSW, Australia[10]

## ABSTRACT

**Aims**   Release from prison is a high-risk period for mortality. We examined the impact of opioid substitution therapy (OST), for opioid dependence during and after incarceration, upon mortality post-release. **Design**   A cohort was formed of all opioid-dependent people who entered OST between 1985 and 2010 and who, following first OST entry, were released from prison at least once between 2000 and 2012. We linked data on OST history, court and prison records and deaths. **Setting**   New South Wales (NSW), Australia. **Participants**   A total of 16 453 people released from prison 60 161 times. **Measurements**   Crude mortality rates (CMRs) were calculated according to OST retention; multivariable Cox regressions for post-release periods were undertaken to examine the association between OST exposure (a time-dependent variable) and mortality post-release, for which covariates were updated per-release. **Findings**   There were 100 978 person-years (PY) post-release; 1050 deaths occurred. Most received OST while incarcerated (76.5%); individuals were receiving OST in 51% of releases. Lowest post-release mortality was among those continuously retained in OST post-release CMR 4 weeks post-release = 6.4 per 1000 PY; 95% confidence interval (CI) = 5.2, 7.8, highest among those with no OST (CMR = 36.7 per 1000 PY; 95% CI = 28.8, 45.9). Multi-factorial models showed OST exposure in the 4 weeks post-release reduced hazard of death by 75% (adjusted hazard ratio 0.25; 95% CI = 0.12, 0.53); OST receipt in prison had a short-term protective effect that decayed quickly across time. **Conclusion**   In New South Wales, Australia, opioid substitution therapy in prison and post-release appears to reduce mortality risk in the immediate post-release period.

**Key words**   Crime, data linkage, mortality, opioid dependence, opioid substitution therapy, prison, treatment.

*Correspondence to:* Louisa Degenhardt, National Drug and Alcohol Research Centre, University of New South Wales, Sydney, NSW 2052, Australia. E-mail: l.degenhardt@unsw.edu.au
Submitted 10 November 2013; initial review completed 17 January 2014; final version accepted 25 February 2014

## INTRODUCTION

Illicit opioid dependence has significant impacts upon public health and public order [1], and is thought to be responsible for the greatest health burden of all illicit drugs [2,3]. Opioid-dependent people have significantly elevated mortality compared to the general population [4,5]. A systematic review of mortality among heroin-dependent cohorts estimated a pooled all-cause crude mortality rate (CMR) of 2.1 per 100 person-years [confidence interval (CI) = 1.9, 2.3]; the pooled standardized mortality ratio (SMR) was 14.7 (CI = 12.8, 16.5) [5].

The mainstay of treatment for opioid dependence is opioid substitution therapy (OST), with strong evidence that it is effective in reducing HIV risk and incidence [6,7], reducing opioid and other drug use and offending

behaviour and improving physical and mental health and social functioning [8–10]. In addition to these other benefits, OST also reduces mortality risk [4,11–15]: the mortality rate among opioid-dependent people when in treatment is estimated to be half that when not in treatment [5].

Studies examining the mortality risk of opioid-dependent prisoners in the post-release period have unequivocally shown high death rates from drug overdose and suicide in the first weeks post-release [16–24]. There is evidence that this heightened risk is attributable to low opioid tolerance and ongoing psychological, medical and social problems [16,25]. Prisoners with a history of opioid dependence often return to an environment with little structure, significant social and economic challenges and continual triggers for returning to heroin use [25].

Provision of OST to opioid-dependent individuals in prisons varies internationally, with increasing treatment availability in many European prison systems, but very low levels in US and Asian prison systems [26–29], making this an internationally relevant issue. No study to date has reported the impact of OST treatment during and after incarceration upon mortality in the first month post-release. Reviews of evidence on OST provision in prison have highlighted a need for careful study of the mortality impact of OST in both prison and post-release, arguing that evidence is neither sufficiently powerful nor robust to make clear conclusions about its mortality impact [30].

The current study used linked data on a cohort of opioid-dependent people who had been released from prison to examine the potential impact of OST post-release. Specifically, we linked data for all people entering OST for treatment of opioid dependence in New South Wales (NSW), Australia, between 1985 and 2010 with data on court appearances, prison episodes and mortality. We focus here on those cohort members who were released from prison at least once between January 2000 and March 2012. We examine the impact of OST exposure in prison and post-release on mortality immediately post-release and over the longer term.

## METHODS

### Ethical review

Approval for this study was obtained from the University of NSW, NSW Health's Population and Health Services Research Ethics Committee, the Australian Institute of Health and Welfare, the Alfred Hospital (Melbourne), Corrective Services NSW, Justice Health NSW, the NSW Aboriginal Health and Medical Research Council (AHMRC) and the Department of Justice Health Research Ethics Committee (Victoria).

### Data sources

This study utilized three fully identified NSW and national administrative data sets that record information regarding opioid substitution treatment, involvement in the criminal justice system and mortality.

*Opioid substitution treatment*

Since 1985, the Pharmaceutical Drugs of Addiction System (PHDAS) has been a database of all methadone and buprenorphine recipients in NSW, Australia. The PHDAS records each patient's full name, date of birth, sex and postcode of residence. As proof of patient identity is required to be shown to the prescribing doctor before a prescription can be issued, the name and date of birth variables are of high accuracy in this data set. The PHDAS records patient admissions and exits from the treatment programme, and the medication dispensed.

*Offending and incarceration*

The Reoffending Database (ROD) is a data set maintained by the NSW Bureau of Crime Statistics and Research (BOCSAR) and contains records of all finalized court appearances in the Local, District and Supreme Courts of NSW since 1994. The ROD also contains incarceration records from the NSW Department of Corrective Services from 2000.

*Mortality*

The National Death Index (NDI) is a database held by the Australian Institute of Health and Welfare (AIHW) and contains mortality data collected from each Australian State or Territory Registry of Births, Deaths and Marriages. Causes of death recorded in the NDI are determined by expert clinical coders at the Australian Bureau of Statistics on the basis of information contained in death certificates and, where available, coronial files. Dates of death were available for all deaths occurring during the entire period of analysis (between 2000 and March 2012), but causes of death were available only from January 2000 and December 2010.

### Data linkage and cohort definition

Linkage between the PHDAS and ROD was performed by BOCSAR staff, and linkage between the PHDAS and NDI was undertaken by AIHW staff. Linkage was completed using probabilistic linkage software. Variables used for matching purposes included full name, date of birth, sex and, where available, date and state of last known contact. These linked data sets were forwarded to the investigators with identifiers removed.

A cohort was constructed that included all people with an eligible episode of OST from 1985 to March 2012

who had also been released from prison at least once between January 2000 (the earliest date for which incarceration data were available) and March 2012. We used the first recorded OST episode as a proxy for the onset of opioid dependence. We analysed incarceration episodes that occurred during or following the first OST episode. We included all eligible prison releases for an individual. We focused on releases on or after 1 January 2000, as that was the date when incarceration records became available; cause of death data were available only to 31 December 2010, but fact of death was available to 31 March 2012.

**Definitions and data analysis**

New episodes of OST were defined as those that commenced 7 or more days after discharge from a previous OST episode [31,32]. A change in medication (methadone to buprenorphine, or vice versa) was considered a continuous episode if there were fewer than 7 days between ceasing one medication and commencing the other. 'Ineligible' episodes of OST were those that were noted as temporary programmes (usually interstate visitors) or were part of a buprenorphine clinical trial (during which the individual may have been allocated to placebo and therefore may not have received buprenorphine).

Deaths were coded using the International Classification of Diseases and Related Health Problems, 10th edition (ICD-10). Specific causes of death examined were accidental drug-induced deaths, suicides, accidental injury deaths and violent deaths. ICD-10 codes used to define each cause of death are provided in (Supporting information, Table S1).

Criminal offences were coded according to the Australian and New Zealand Standard Offence Classification (ANZSOC) [33] and property, violent and drug offence categories were defined by BOCSAR in its standard crime statistic reporting [34]. ANZSOC codes and offences in each offence category are provided in (Supporting information, Table S2).

Statistical analyses were undertaken in SAS version 9.3 [35]. Demographics, incarceration histories and OST histories of the cohort were examined descriptively. Frequency histograms were constructed to present numbers of post-release deaths in the first week, month and year following prison release.

CMRs with 95% Poisson confidence intervals were calculated for all time at release and whether released onto OST. Given that the outcome of interest was risk of death following release from prison, person-years at risk began to accrue from the day of first release from prison, and continued to accrue during all time out of prison (i.e. time incarcerated was excluded from person-years).

Person-years ceased accruing at death or 31 March 2012 for all-cause mortality rates, and 31 December 2010 for cause-specific mortality rates.

We used Cox regression to examine the association between OST exposure and mortality in the prison post-release period. Although participants could have multiple observations within the data set, the internal computations of a Cox model are such that when there is only one event of interest per person (in this case, death), there is no need for adjustments for multiple observations [36]. We considered the outcome of all-cause mortality in relation to all time at liberty, and in the first 4 weeks post-release. OST exposure in the post-release period was coded as a time-dependent variable. Other variables tested for their association with post-release mortality were sex, Indigenous status, age at release and variables relating to treatment and criminal justice history (to account for potential differences in mortality risk among people with differing histories of criminal involvement, e.g. violent crime). We tested each variable for its bivariate association with post-release mortality, then entered all variables into a multi-factorial model. We tested the proportional hazards assumption for each static predictor in the multi-factorial model by including an interaction between it and log(time) in the model, with time measured in days. If the interaction was significant at $P < 0.05$ the predictor was considered to violate the proportional hazards assumption, and the interaction was retained in the model. We then tested the statistical significance of interactions between post-release OST exposure and significant variables that remained in the multi-factorial model. This was to test whether there were differing associations between being in OST and mortality risk for different groups. Each interaction was entered into the main-effect multi-factorial model separately, and interactions significant at $P < 0.05$ were retained in the final multi-factorial model.

## RESULTS

The cohort comprised 16 453 people who had received OST for opioid dependence and were released from prison at least once between January 2000 and March 2012 (Table 1). The majority of the cohort were men (78.7%) and 29.9% of the cohort were identified as Indigenous. The median age of first incarceration during the observation period was 30 years, ranging between 14 and 64 years. The majority of individuals were prescribed OST at some point while incarcerated (76.5%; $n = 12\,650$). Individuals were released from prison on 60 161 occasions and were in receipt of OST upon release in 51% of releases ($n = 30\,397$; Table 2).

Cohort members were observed for 100 978 person-years at liberty (PY) from their first recorded prison

**Table 1** Characteristics of people with a history of opioid dependence ($n = 16\,453$) who had at least one prison episode, 2000–12.

| Demographic variables | n = 16 453 | |
|---|---|---|
| | n | % (min–max) |
| Male | 12 945 | 78.7 |
| Indigenous | 4 919 | 29.9 |
| Treatment variables | | |
|   Ever received OST in prison | 12 650 | 76.5 |
|   Received OST for the first time in prison | 3 372 | 20.5 |
|   Ever released while receiving OST | 11 100 | 67.1 |
| Criminogenic variables | | |
|   Median age (min–max) at first recorded criminal charge[b] | 23 years | (10–64)[a] |
|   Median age (min–max) at first incarceration during the study period[b] | 30 years | (14–64) |
|   Previous history of a juvenile offence (under 18 years)[b] | 3 998 | 24.6[a] |
|   Median (min–max) number of prior charges at baseline | 13 | (0–304) |
|   Median (min–max) number of incarcerations during observation | 3 | (1–35) |
|   Any property offence during observation period | 8 201 | 49.8 |
|   Any violent offence during observation period | 6 670 | 40.5 |
|   Any drug offence during observation period | 6 055 | 36.8 |

[a]Data missing for 188 participants. [b]Note that this is the first recorded age of these variables (2000 for custody data and 1993 for criminal charges data). However, data on age of incarceration were available prior to 2000 for those people still in custody as at 1 January 2000. OST = opioid substitution therapy.

**Table 2** Characteristics of incarceration episodes and prison releases among people with a history of opioid dependence who were imprisoned at least once ($n = 16\,453$), 2000–12.

| | n = 16 453 |
|---|---|
| | n (%) |
| Number of incarceration episodes | 62 262 |
| Median length (min–max) of completed incarceration episodes ($n = 58\,462$) | 68 days (1–4447) |
| Number of prison releases | 60 161 |
| Number of prison releases by year | |
|   2000 | 4 423 |
|   2001 | 5 253 |
|   2002 | 4 863 |
|   2003 | 5 039 |
|   2004 | 4 930 |
|   2005 | 5 154 |
|   2006 | 5 188 |
|   2007 | 5 372 |
|   2008 | 4 217 |
|   2009 | 4 719 |
|   2010 | 4 785 |
|   2011 | 5 023 |
|   2012 (January–March) | 1 195 |
| Number (%) of incarceration episodes where OST was received in prison | 36 316 (58%)[a] |
|   Methadone | 32 962 (53%) |
|   Buprenorphine | 4 836 (8%) |
| Number (%) of incarceration episodes where OST was received on release | 30 397 (51%) |
|   Methadone | 26 997 (45%) |
|   Buprenorphine | 3 400 (6%) |

[a]More than one treatment type could be received in an incarceration episode. OST = opioid substitution therapy.

episode, during which time there were 1050 deaths, for a CMR of 10.4 per 1000 PY (95% CI = 9.8–11.0). Figure 1 shows the number of cohort deaths that occurred within 1 week, 4 weeks and 1 year of release from prison. It is apparent that deaths are concentrated within the first month post-release (Fig. 1c), with most of those deaths occurring in the first 2 weeks post-release (Fig. 1b). All-cause and cause-specific CMRs for the first day, first week, first 2 weeks and first 4 weeks post-release are provided in Table 3.

**CMRs according to post-release OST exposure**

For simplicity of presentation (Fig. 2, Table 3), we defined people according to the extent of their exposure to OST during follow-up for up to the first 4 weeks post-release: none, 'full' (i.e. the whole period) and 'partial' (i.e. only part of that time was spent in OST). If someone died in this period, then they were classified according to their OST history up to the point post-release that they died. If up to the point a person died they had been in OST they were classified as 'retained'; if some time was spent in and out of OST then they were classified as 'partially retained'.

Retention in OST post-release was associated with lower mortality rates (Fig. 2, Table 4). No individuals released from prison on OST died in the first day post-release, but there were four first-day deaths in those released without OST (CMR 49.1 per 1000 PY; 95% CI = 13.4–125.6; Table 4). For those who were fully retained in treatment for the first week post-release (or until death in that period), the CMR was 10.9 per 1000 PY (95% CI = 4.0–23.8), compared to 59.5 per 1000 PY (95% CI = 41.0, 83.6) for releases without OST. The same pattern was observed for the first 2 and 4 weeks post-release, with the lowest mortality rate seen in those with total OST coverage, increasing with partial OST exposure

1310     *Louisa Degenhardt* et al.



a. Deaths within a week of release from prison (*n* = 39)



b. Deaths within a month of release from prison (*n* = 96)



c. Deaths with a year of release from prison (*n* = 411)

**Figure 1** Number of deaths among people with a history of opioid dependence who were released from prison, in the (a) first week, (b) first month and (c) first year following release from prison, 2000–12

during the period of interest, and increasing again in releases with no OST exposure (Table 4). Figure 2 shows the impact of retention in OST on mortality in the first 4 weeks (Fig. 2a) and first year post-release (Fig. 2b) according to the extent of retention in OST for the first 4 weeks post-release.

**Predictors of post-release mortality**

In unadjusted Cox regression models, post-release OST reduced the hazard of death in the first 4 weeks post-release by 78% [hazard ratio (HR) = 0.22; 95% CI = 0.13, 0.37) (Table 5). In a multi-factorial model adjusted for potential confounders, exposure to OST during the first 4 weeks following release from prison reduced the hazard of death during this time by 75% (adjusted HR = 0.25; 95% CI = 0.12, 0.53). OST receipt in prison had an independent protective effect, which was time-dependent [OST in incarceration × log(time) variable]: having been in OST in prison was initially protective against mortality post-release, but this effect decayed quickly over time.

Similar findings emerged from the Cox regression models examining mortality risk during total time at liberty. In an unadjusted model, OST exposure reduced the hazard of death while at liberty by 78% (HR = 0.22; 95% CI = 0.19, 0.26). In a multi-factorial model, OST exposure following release from prison was associated with an 83% reduction in mortality hazard (adjusted HR = 0.17; 95% CI = 0.14, 0.20). There was again an interaction between OST exposure during incarceration and time: having been in OST prior to release was initially protective against mortality, but this effect decayed significantly over time.

**Table 3** Total and cause-specific post-release crude mortality rates per 1000 person-years among incarcerated people with a history of OST, 2000–12.

| | Males | | | Females | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | n | PY | CMR (95% CI) | n | PY | CMR (95% CI) | n | PY | CMR (95% CI) |
| **All deaths (2000–March 2012)** | | | | | | | | | |
| Total | 841 | 77 558 | 10.8 (10.1, 11.6) | 209 | 23 444 | 8.9 (7.7, 10.2) | 1050 | 101 003 | 10.4 (9.8, 11.0) |
| First day | 3 | 132 | 22.8 (4.7, 66.6) | 1 | 33 | 30.2 (0.8, 168.2) | 4 | 165 | 24.3 (6.6, 62.2) |
| First week | 33 | 907 | 36.4 (25.0, 51.1) | 6 | 228 | 26.3 (9.7, 57.3) | 39 | 1 135 | 34.4 (24.4, 47.0) |
| First 2 weeks | 59 | 1 780 | 33.1 (25.2, 42.8) | 7 | 448 | 15.6 (6.3, 32.2) | 66 | 2 228 | 29.6 (22.9, 37.7) |
| First 4 weeks | 85 | 3 437 | 24.7 (19.8, 30.6) | 11 | 863 | 12.7 (6.4, 22.8) | 96 | 4 300 | 22.3 (18.1, 27.3) |
| First year | 343 | 26 888 | 12.8 (11.4, 14.2) | 68 | 7 063 | 9.6 (7.5, 12.2) | 411 | 33 950 | 12.1 (11.0, 13.3) |
| **Accidental drug-induced deaths (2000–10)** | | | | | | | | | |
| Total | 312 | 74 631 | 4.2 (3.7, 4.7) | 69 | 22 531 | 3.1 (2.4, 3.9) | 381 | 97 163 | 3.9 (3.5, 4.3) |
| First day | 2 | 118 | 17.0 (2.1, 61.3) | 1 | 30 | 33.5 (0.8, 186.7) | 3 | 148 | 20.3 (4.2, 59.4) |
| First week | 21 | 812 | 25.8 (16.0, 39.5) | 5 | 206 | 24.3 (7.9, 56.8) | 26 | 1 018 | 25.5 (16.7, 37.4) |
| First 2 weeks | 35 | 1 595 | 21.9 (15.3, 30.5) | 5 | 403 | 12.4 (4.0, 28.9) | 40 | 1 999 | 20.0 (14.3, 27.3) |
| First 4 weeks | 50 | 3 080 | 16.2 (12.0, 21.4) | 6 | 778 | 7.7 (2.8, 16.8) | 56 | 3 858 | 14.5 (11.0, 18.8) |
| First year | 166 | 24 031 | 6.9 (5.9, 8.0) | 31 | 6 342 | 4.9 (3.3, 6.9) | 197 | 30 373 | 6.5 (5.6, 7.5) |
| **Suicide deaths (2000–10)** | | | | | | | | | |
| Total | 79 | 74 631 | 1.1 (0.8, 1.3) | 11 | 22 531 | 0.5 (0.2, 0.9) | 90 | 97 163 | 0.9 (0.7, 1.1) |
| First day | 0 | 118 | – | 0 | 30 | – | 0 | 148 | – |
| First week | 1 | 812 | 1.2 (0.03, 6.9) | 0 | 206 | – | 1 | 1 018 | 1.0 (0.02, 5.5) |
| First 2 weeks | 1 | 1 595 | 0.6 (0.02, 3.5) | 0 | 403 | – | 1 | 1 999 | 0.5 (0.01, 2.8) |
| First 4 weeks | 3 | 3 080 | 1.0 (0.2, 2.8) | 0 | 778 | – | 3 | 3 858 | 0.8 (0.2, 2.3) |
| First year | 19 | 24 031 | 0.8 (0.5, 1.2) | 3 | 6 342 | 0.5 (0.1, 1.4) | 22 | 30 373 | 0.7 (0.5, 1.1) |
| **Accidental injury deaths (2000–10)** | | | | | | | | | |
| Total | 39 | 74 631 | 0.5 (0.4, 0.7) | 7 | 22 531 | 0.3 (0.1, 0.6) | 46 | 97 163 | 0.5 (0.3, 0.6) |
| First day | 0 | 118 | – | 0 | 30 | – | 0 | 148 | – |
| First week | 1 | 812 | 1.2 (0.03, 6.9) | 0 | 206 | – | 1 | 1 018 | 1.0 (0.02, 5.5) |
| First 2 weeks | 3 | 1 595 | 1.9 (0.4, 5.5) | 0 | 403 | – | 3 | 1 999 | 1.5 (0.3, 4.4) |
| First 4 weeks | 5 | 3 080 | 1.6 (0.5, 3.8) | 0 | 778 | – | 5 | 3 858 | 1.3 (0.4, 3.0) |
| First year | 22 | 24 031 | 0.9 (0.6, 1.4) | 4 | 6 342 | 0.6 (0.2, 1.6) | 26 | 30 373 | 0.9 (0.6, 1.3) |
| **Violent deaths (2000–10)** | | | | | | | | | |
| Total | 22 | 74 631 | 0.3 (0.2, 0.4) | 10 | 22 531 | 0.4 (0.2, 0.8) | 32 | 97 163 | 0.3 (0.2, 0.5) |
| First day | 0 | 118 | – | 0 | 30 | – | 0 | 148 | – |
| First week | 0 | 812 | – | 0 | 206 | – | 0 | 1 018 | – |
| First 2 weeks | 1 | 1 595 | 0.6 (0.02, 3.5) | 0 | 403 | – | 1 | 1 999 | 0.5 (0.01, 2.8) |
| First 4 weeks | 2 | 3 080 | 0.6 (0.08, 2.3) | 0 | 778 | – | 2 | 3 858 | 0.5 (0.06, 1.9) |
| First year | 13 | 24 031 | 0.5 (0.3, 0.9) | 5 | 6 342 | 0.8 (0.3, 1.8) | 18 | 30 373 | 0.6 (0.4, 0.9) |

CMR = crude mortality rate; PY = person-years; CI = confidence interval; OST = opioid substitution therapy. Person-years accrued from date of first observed release from prison and ceased at/during re-incarceration and at death.



**Figure 2** All-cause mortality post-prison release among people (*n* = 14 532) with a history of opioid dependence (*n* = 60 161 prison releases), according to extent of retention in opioid substitution therapy (OST) in the immediate post-release period, 2000–12. (a) Crude mortality rates according to extent of retention in the first 4 weeks post-release, by week. (b) Mortality in the first year post-release according to extent of retention in the first 4 weeks post-release (Kaplan–Meier curves). Retention in (b) refers to whether an individual received OST for all, some or none of the first 4 weeks following release from prison

## DISCUSSION

This large-scale linked data study has demonstrated the high mortality risk that opioid-dependent prisoners face after prison release, particularly from accidental drug-induced deaths, suicide, accidental injury and violence. This is not unexpected considering that, upon release, these people often experience poor social support, isolation, medical comorbidities, financial stress, debts and continued exposure to drugs in the communities to which they return [25].

This study provides unequivocal evidence of the significant benefit of OST on post-release mortality of opioid-dependent people leaving prison. Post-release OST exposure was highly effective in reducing the mortality risk in the first month at liberty. The lowest mortality rates were seen in those individuals who were continuously retained in OST in the post-release period, whereas the highest mortality rates were seen in those opioid-dependent individuals with no OST in the post-release period.

When mortality in the first year post-release was examined according to extent of exposure in the first 4 weeks post-release (Fig. 2b), those who had been partially retained in OST during that time had higher mortality during the first year post-release than the other two groups (no OST and fully retained in OST). It is difficult to interpret this finding, given that in this particular analysis we were focusing only upon OST exposure in the first month, so we did not take into account later OST exposure across the groups. It is possible, however, that variation in tolerance might explain this higher mortality. Those who cycled in and out of OST would be exposed to multiple high-risk periods—during induction onto methadone [32] and following cessation of OST [32]. Future research would need to examine whether this was the case.

Although the reductions in mortality observed among people receiving OST in the immediate post-release period may reflect motivational or other differences from those who did not enter OST, the findings make pharmacological and clinical sense. Indeed, controlling for significant demographic and criminographic variables, exposure to OST in the first month following prison release, assessed in a time-dependent manner, reduced the hazard of death by 75% (adjusted HR = 0.25; 95% CI = 0.12, 0.53). The effect of OST upon mortality risk across time outside prison was also significant (adjusted HR = 0.17; 95% CI = 0.14, 0.20). OST receipt in prison had a protective effect that was independent of the OST post-release effect, although this protective effect decayed quickly over time. There were no observed interactions between OST exposure and any of the main effects examined, suggesting that the protective effect of post-release OST was similar in nature across broad demographic and criminographic characteristics.

The reduction was particularly evident in rates of drug-induced deaths. Drug overdoses in the post-release period can arise from a lack of knowledge concerning lowered pharmacological tolerance, or from intentional overdose as a response to the stress and anxiety of prison release [25].

Table 4 Crude mortality rates per 1000 person-years during specific post-release periods according to OST exposure in the immediate post-release period (first day, week, 2 weeks and 4 weeks)[a] among people with a history of opioid dependence ($n = 60\,161$ prison releases), 2000–12.

| | Mortality according to extent of exposure to OST in the immediate post-release period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Retained in OST[a] | | | Partial OST[a] | | | No OST | | |
| All deaths (2000– December 2012) | n | PY | CMR (95% CI) | n | PY | CMR (95% CI) | n | PY | CMR (95% CI) |
| First day post-release | 0 | 83 | – | | | | 4 | 82 | 49.1 (13.4, 125.6) |
| First week post-release | 6 | 548 | 10.9 (4.0, 23.8) | 0 | 32 | – | 33 | 555 | 59.5 (41.0, 83.6) |
| First 2 weeks post-release | 12 | 1 028 | 11.7 (6.0, 20.4) | 3 | 122 | 24.5 (5.1, 71.6) | 51 | 1 078 | 47.3 (35.2, 62.2) |
| First 4 weeks post-release | 16 | 1 822 | 8.8 (5.0, 14.3) | 5 | 433 | 11.5 (3.7, 26.9) | 75 | 2 046 | 36.7 (28.8, 45.9) |
| First year post-release | 98 | 15 296 | 6.4 (5.2, 7.8) | 63 | 2367 | 26.6 (20.4, 34.0) | 250 | 16 286 | 15.4 (13.5, 17.4) |
| Accidental drug-induced (2000–10) | | | | | | | | | |
| First day post-release | 0 | 78 | – | | | | 3 | 69 | 43.2 (8.9, 126.3) |
| First week post-release | 3 | 517 | 5.8 (1.2, 17.0) | 0 | 30 | – | 23 | 472 | 48.8 (30.9, 73.1) |
| First 2 weeks post-release | 5 | 972 | 5.1 (1.7, 12.0) | 2 | 112 | 17.9 (2.2, 64.8) | 33 | 916 | 36.0 (24.8, 50.6) |
| First 4 weeks post-release | 6 | 1 736 | 3.5 (1.3, 7.5) | 4 | 385 | 10.4 (2.8, 26.6) | 46 | 1 737 | 26.5 (19.4, 35.3) |
| First year post-release | 34 | 14 131 | 2.4 (1.7, 3.4) | 30 | 2020 | 14.9 (10.0, 21.2) | 133 | 14 222 | 9.4 (7.8, 11.1) |
| Suicide (2000–10) | | | | | | | | | |
| First day post-release | 0 | 78 | – | | | | 0 | 69 | – |
| First week post-release | 0 | 517 | – | 0 | 30 | – | 1 | 472 | 2.1 (0.05, 11.8) |
| First 2 weeks post-release | 0 | 972 | – | 0 | 112 | – | 1 | 916 | 1.1 (0.03, 6.1) |
| First 4 weeks post-release | 0 | 1 736 | – | 0 | 385 | – | 3 | 1 737 | 1.7 (0.4, 5.0) |
| First year post-release | 4 | 14 131 | 0.3 (0.08, 0.7) | 5 | 2020 | 2.5 (0.8, 5.8) | 13 | 14 222 | 0.9 (0.5, 1.6) |
| Accidental injury (2000–10) | | | | | | | | | |
| First day post-release | 0 | 78 | – | | | | 0 | 69 | – |
| First week post-release | 1 | 517 | 1.9 (0.05, 10.8) | 0 | 30 | – | 0 | 472 | – |
| First 2 weeks post-release | 1 | 972 | 1.0 (0.03, 5.7) | 1 | 112 | 9.0 (0.2, 50.0) | 1 | 916 | 1.1 (0.03, 6.1) |
| First 4 weeks post-release | 2 | 1 736 | 1.2 (0.1, 4.2) | 1 | 385 | 2.6 (0.06, 14.5) | 2 | 1 737 | 1.2 (0.1, 4.2) |
| First year post-release | 6 | 14 131 | 0.4 (0.2, 0.9) | 6 | 2020 | 3.0 (1.1, 6.5) | 14 | 14 222 | 1.0 (0.5, 1.7) |
| Violence (2000–10) | | | | | | | | | |
| First day post-release | 0 | 78 | – | | | | 0 | 69 | – |
| First week post-release | 0 | 517 | – | 0 | 30 | – | 0 | 472 | – |
| First 2 weeks post-release | 1 | 972 | 1.0 (0.03, 5.7) | 0 | 112 | – | 0 | 916 | – |
| First 4 weeks post-release | 2 | 1 736 | 1.2 (0.1, 4.2) | 0 | 385 | – | 0 | 1 737 | – |
| First year post-release | 9 | 14 131 | 0.6 (0.3, 1.2) | 4 | 2020 | 2.0 (0.5, 5.1) | 5 | 14 222 | 0.4 (0.1, 0.8) |

CMR = crude mortality rate; PY = person-years; OST = opioid substitution therapy. Person-years accrued from date of first observed release from prison and ceased at/during re-incarceration and at death. [a]These groups were defined to take account of extent of exposure to OST during follow-up. If someone died in this period, then they were classified according to their OST history up to the point post-release that they died. If up to the point a person died they had been in OST, they were classified as 'retained'; if some time was spent in and out of OST, then 'partially retained'. Retention categories for first year post-release based on retention in first 4 weeks of release.

**Policy and clinical implications**

We have demonstrated that OST provided in prison and post-release independently reduce mortality in the immediate post-release period. Prison OST is also effective in reducing drug-related HIV risk behaviours [37], and significantly increases the probability that someone will enter OST in the days after release [38]; there are also impacts of prison-based and post-release OST on risk of reincarceration [39]. Despite these benefits, considerable inequities remain in the provision of care for opioid-dependent individuals in prisons compared with those in the community [29,40]. Although international agencies have emphasized its effectiveness [30,41], policymakers in many countries are resistant to calls for OST in prison settings [42]. In light of the increasingly robust scientific evidence demonstrating the benefits of prison OST, continued resistance to implementing and expanding OST in correctional settings seems unwarranted.

We have demonstrated a clear benefit of post-release OST in preventing death, but ensuring that recently released prisoners enter and remain in treatment in the community can be complex. People released from prison typically have few social supports, inadequate housing

1314    *Louisa Degenhardt* et al.

Table 5 Cox regression model of the factors predicting mortality in the first 4 weeks following release from prison, and for all time at liberty.

|  | 4 weeks post-release | | Total time post-release | |
|---|---|---|---|---|
|  | Unadjusted HR (95% CI) | Adjusted HR (95% CI) | Unadjusted HR (95% CI) | Adjusted HR (95% CI) |
| **Demographic variables** | | | | |
| Male | 1.87 (1.00, 3.52) | 1.33 (0.69, 2.55) | 1.21 (1.04, 1.41) | 1.02 (0.87, 1.20) |
| Indigenous | 0.78 (0.50, 1.20) | 0.81 (0.51, 1.28) | 0.91 (0.79, 1.05) | 0.87 (0.75, 1.01) |
| Age at prison release[b] (years) | 1.03 (1.01, 1.06) | 1.32 (1.25, 1.39) | 1.05 (1.04, 1.06) | 1.00 (0.95, 1.05) |
| Age at prison release × log(time) |  | 0.96 (0.95, 0.97) |  | 1.01 (1.00, 1.02) |
| **Treatment variables** | | | | |
| Post-release exposure to OST[a] | 0.22 (0.13, 0.37) | 0.25 (0.12, 0.53) | 0.22 (0.19, 0.26) | 0.17 (0.14, 0.20) |
| OST during most recent incarceration[b] | 0.32 (0.21, 0.50) | 0.06 (0.01, 0.30) | 0.90 (0.80, 1.02) | 0.72 (0.34, 1.54) |
| OST during most recent incarceration × log(time) |  | 1.47 (1.16, 1.87) |  | 1.13 (1.02, 1.26) |
| Number of prior OST episodes[b] | 0.94 (0.85, 1.04) | 0.97 (0.87, 1.07) | 1.03 (1.00, 1.06) | 1.04 (1.00, 1.07) |
| **Criminographic variables** | | | | |
| Juvenile offending history | 0.93 (0.58, 1.47) | 0.88 (0.48, 1.61) | 0.68 (0.57, 0.81) | 0.34 (0.10, 1.15) |
| Juvenile offending history × log(time) |  |  |  | 1.18 (1.00, 1.40) |
| Length of most recent incarceration[b] | | | | |
| Less than 1 month | Referent | Referent | Referent | Referent |
| 1–6 months | 1.93 (1.17, 3.18) | 2.65 (1.56, 4.51) | 1.04 (0.90, 1.21) | 0.96 (0.83, 1.11) |
| 6–12 months | 1.45 (0.78, 2.68) | 1.93 (0.98, 3.78) | 0.92 (0.77, 1.10) | 0.78 (0.65, 0.93) |
| More than 12 months | 1.28 (0.61, 2.70) | 1.79 (0.79, 4.04) | 0.95 (0.78, 1.17) | 0.72 (0.58, 0.89) |
| Number of prior incarcerations[b] | 1.00 (0.92, 1.08) | 1.00 (0.92, 1.10) | 1.04 (1.01, 1.06) | 1.99 (1.40, 2.82) |
| Number of prior incarcerations × log(time) |  | – |  | 0.92 (0.88, 0.96) |
| Any property offence prior to release[c] | 1.28 (0.61, 2.68) | 2.56 (0.99, 6.63) | 0.99 (0.85, 1.16) | 1.24 (1.05, 1.48) |
| Any violent offence prior to release[c] | 1.11 (0.70, 1.75) | 1.07 (0.65, 1.77) | 1.27 (1.12, 1.44) | 1.30 (1.14, 1.49) |
| Any drug offence prior to release[c] | 0.92 (0.62, 1.38) | 18.03 (4.81, 67.65) | 0.89 (0.79, 1.01) | 0.95 (0.84, 1.08) |
| Any drug offence prior to release × log(time) |  | 0.64 (0.53, 0.79) |  |  |

All prison releases included (i.e. multiple releases for an individual could occur). There were 16 453 individuals who were released from prison on 60 161 occasions. HR = hazard ratio; OST = opioid substitution therapy; CI = confidence interval. [a]Time-dependent variable. [b]These variables were not time-dependent for a given prison release for an individual, but they could change over successive prison releases for an individual who was released from prison more than once in the study period. [c]Prior to first prison release.

and employment, limited financial means and complex health needs [25,43]. Daily attendance at a clinic, as is often required in order to obtain OST, is therefore just one of many competing priorities for releasees, but may provide a structure and opportunity for social interaction for those in treatment. As noted above, access to treatment while incarcerated increases the likelihood of post-release treatment entry [38], but access to in-prison OST is limited in many parts of the world [29,40].

Whether or not prison OST is provided, comprehensive pre-release planning, with follow-up support after release, may be required to ensure immediate access to a community OST provider. Barriers to treatment, such as waiting lists and fees, should be waived for newly released prisoners in recognition of their high mortality risk and demonstrated effectiveness of OST in reducing this risk. Given our finding that releasees who drop out of OST in the post-release period have high mortality risks, it is clear that ongoing efforts must be made to retain released opioid-dependent prisoners in treatment.

### Limitations

The benefits of using linked population data such as these are that the entire sample is included (ascertainment is unbiased), large sample sizes allow the investigation of low frequency but clinically important outcomes, and the results are highly generalizable. Some inconsistencies could have arisen in the data linkage process, as half the linkage was completed by BOCSAR and the other half by AIHW. Although this is a possibility, we are confident in the high level of accuracy of these data sets and their linkage. As noted earlier, as proof of identity must be shown to the prescriber, name and date of birth variables in the PHDAS data set are considered to be of high quality. Linkage algorithms were developed by both groups to minimize errors, with clerical checking to evaluate possible matches. Validation studies have supported this [44–46]. Any inaccuracy in correct linkages is likely to bias against obtaining significant findings, supporting the robustness of the results.

In NSW, prisoners who have received OST in prison are released with a prescription for methadone or buprenorphine, and Justice Health coordinates with public community clinics, such that a specific clinic is aware that a patient with a Justice Health prescription will be attending on a given date, and the prescribed medicine dispensed by the clinic under the Justice Health prescription. The only situation in which a prisoner on OST is released without a prescription is in cases of unexpected release. We are unable to identify these from our data.

This was a descriptive study without random allocation to OST. It is possible that some of the differences are accounted for by differential treatment allocation, with differences in the characteristics of people who did or did not enter OST upon release from prison, and/or external differences (such as prison-level or community-level variables). We address these below.

First, we did not have specific clinical indicators such as current opioid dependence and/or severity of dependence in prison or post-release. Secondly, we did not have assessment of other clinical variables, assessment of social and other supports or housing status post-release. However, this is likely to have meant that our estimates of OST effect are conservative, as among those not receiving OST we would have had both dependent and currently/persistently abstinent people who would probably be at different background mortality risks. Thirdly, data were not available at the institution level (prison type, prison location, public or private OST clinic, office-based prescribing with community pharmacy dosing, etc.), so a multi-level regression model was not possible, for example, to consider geographic or prison-level variation in OST provision. Future work might consider a more detailed examination of this issue using multi-level modelling, in order to examine how much of the variability in mortality rates is caused by factors at both institution and individual patient levels.

Finally, we did not have patient-level data on OST dose, nor details of the way in which OST was delivered in prison or in the community. This meant that our findings were a summary effect across varied doses, dosing settings and with variable quality of OST provision. This means that our findings reflect the average effect across these factors, not the potential impact of 'optimal' OST provision. However, this reflects the realities of prescribing of OST, and might therefore be considered a strength rather than a limitation.

## CONCLUSIONS

This Australian study has provided strong, population-level evidence that OST provision in prison and post-release from prison both have significant impacts upon mortality risk in the immediate post-release period. The study provides evidence to support the scale-up of OST provision in prison to reduce this risk, and that continuation of OST post-release be maximized to the fullest extent possible.

### Ethics committee approval

Ethics approval for this study was obtained from the University of New South Wales; NSW Health's Population and Health Services Research Ethics Committee; the Australian Institute of Health and Welfare; the Alfred Hospital Melbourne; Corrective Services NSW; Justice Health NSW; the NSW Aboriginal Health and Medical Research Council (AHMRC); and the Department of Justice Health Research Ethics Committee (Victoria).

### Declaration of interests

L.D. and R.P.M. have received untied educational grants from Reckitt Benckiser for the conduct of post-marketing surveillance of buprenorphine–naloxone for the treatment of opioid dependence. Reckitt Benckiser had no knowledge of this study.

### Acknowledgements

Funding for the work undertaken for this manuscript was provided by the National Health and Medical Research Council (NHMRC, #1005668). This project was also supported by a grant from the Australian Institute of Criminology (AIC) through the Criminology Research Grants Program, Australian Government Department of Health and Ageing. The views expressed are the responsibility of the author and are not necessarily those of the AIC. L.D., S.L. and R.P.M. are supported by NHMRC Research Fellowships (NHMRC #1041742, #1035149 and #1045318, respectively). The National Drug and Alcohol Research Centre at the University of NSW is supported by funding from the Australian Government under the Substance Misuse Prevention and Service Improvements Grants Fund. We wish to acknowledge all data custodians for providing access to the data sets used in this study: the NSW Ministry of Health (PHDAS data set), the Bureau of Crime Statistics and Research (ROD data set) and the Australian Institute of Health and Welfare (NDI data set). Thanks to Judy Trevena for her work on the initial preparation and cleaning of data sets; Pia Salmelainen (NSW Health) for expert advice about the PHDAS data set and Jacqui Fitzgerald (BOCSAR) for advice regarding BOCSAR data sets. We also wish to thank the members of our Indigenous Reference Group: Michael Doyle, Anton Clifford, Megan Williams and Luke Bell.

**References**

1. Hall W. D., Degenhardt L. J., Lynskey M. T. Opioid overdose mortality in Australia, 1964–1997: birth-cohort trends. *Med J Aust* 1999; **171**: 34–7.
2. Degenhardt L., Whiteford H., Ferrari A. J., Baxter A., Charlson F., Hall W. et al. The global burden of disease attributable to illicit drug use and dependence: results from the GBD 2010 study. *Lancet* 2013; **382**: 1564–74.
3. Degenhardt L., Charlson F., Mathers B., Hall W., Johns N., Flaxman A. et al. The global epidemiology and burden of disease attributable to opioid dependence: Findings from the Global Burden of Disease Study 2010. *Addiction* 2014; **109**: 1320–33.
4. Darke S., Degenhardt L., Mattick R. P., editors. *Mortality Amongst Illicit Drug Users*. Cambridge: Cambridge University Press; 2006.
5. Degenhardt L., Bucello C., Mathers B., Briegleb C., Ali H., Hickman M. et al. Mortality among regular or dependent users of heroin and other opioids: a systematic review and meta-analysis of cohort studies. *Addiction* 2011; **106**: 32–51.
6. MacArthur G. J., Minozzi S., Martin N., Vickerman P., Deren S., Bruneau J. et al. Opiate substitution treatment and HIV transmission in people who inject drugs: systematic review and meta-analysis. *BMJ* 2012; **345**: e5945. http://dx.doi.org/10.1136/bmj.e5945.
7. Gowing L., Farrell M. F., Bornemann R., Sullivan L. E., Ali R. Oral substitution treatment of injecting opioid users for prevention of HIV infection. *Cochrane Database Syst Rev* 2011; (8): Art no. CD004145.
8. Lind B., Chen S., Weatherburn D., Mattick R. The effectiveness of methadone maintenance treatment in controlling crime an Australian aggregate-level analysis. *Br J Criminol* 2005; **45**: 201–11.
9. Ward J., Mattick R. P., Hall W., editors. *Methadone Maintenance Treatment and Other Opioid Replacement Therapies*. Amsterdam: Harwood Academic Publishers; 1998.
10. World Health Organization Department of Mental Health Substance Abuse. *Guidelines for the Psychosocially Assisted Pharmacological Treatment of Opioid Dependence*. Geneva: World Health Organization; 2009.
11. Gibson A., Degenhardt L., Mattick R. P., Ali R., White J., O'Brien S. Exposure to opioid maintenance treatment reduces long-term mortality. *Addiction* 2008; **103**: 462–8.
12. Degenhardt L., Randall D., Hall W., Law M., Butler T., Burns L. Mortality among clients of a state-wide opioid pharmacotherapy programme over 20 years: risk factors and lives saved. *Drug Alcohol Depend* 2009; **105**: 9–15.
13. Davoli M., Forastiere F., Abeni D. D., Rapiti E., Perucci C. Longitudinal and cross-sectional mortality studies in injecting drug users. *J Epidemiol Community Health* 1994; **48**: 101.
14. Brugal M. T., Domingo-Salvany A., Puig R., Barrio G., Garcia de Olalla P., de la Fuente L. Evaluating the impact of methadone maintenance programmes on mortality due to overdose and aids in a cohort of heroin users in Spain. *Addiction* 2005; **100**: 981–9.
15. Caplehorn J. R. M., Drummer O. H. Mortality associated with New South Wales methadone programs in 1994: lives lost and saved. *Med J Aust* 1999; **170**: 104–9.
16. Harding-Pink D. Mortality following release from prison. *Med Sci Law* 1990; **30**: 12–6.
17. Christensen P. B., Hammerby E., Smith E., Bird S. M. Mortality among Danish drug users released from prison. *Int J Prison Health* 2006; **2**: 13–19.
18. Seaman S. R., Brettle R. P., Gore S. M. Mortality from overdose among injecting drug users recently released from prison: database linkage study. *BMJ* 1998; **316**: 426–8.
19. Bird S. M., Hutchinson S. J. Male drugs-related deaths in the fortnight after release from prison: Scotland, 1996–99. *Addiction* 2003; **98**: 185–90.
20. Coffey C., Veit F., Wolfe R., Cini E., Patton G. C. Mortality in young offenders: retrospective cohort study. *BMJ* 2003; **326**: 1064–6.
21. Binswanger I. A., Stern M. F., Deyo R. A., Heagerty P. J., Cheadle A., Elmore J. G. et al. Release from prison—a high risk of death for former inmates. *N Engl J Med* 2007; **356**: 157–65.
22. Kariminia A., Law M. G., Butler T. G., Levy M. H., Corben S. P., Kaldor J. et al. Suicide risk among recently released prisoners in New South Wales, Australia. *Med J Aust* 2007; **187**: 387–90.
23. Farrell M., Marsden J. Acute risk of drug-related death among newly released prisoners in England and Wales. *Addiction* 2008; **103**: 251–5.
24. Merrall E., Kariminia A., Binswanger I., Hobbs M. S., Farrell M., Marsden J. et al. Meta-analysis of drug-related deaths soon after release from prison. *Addiction* 2010; **105**: 1545–54.
25. Binswanger I. A., Nowels C., Corsi K. F., Glanz J., Long J., Booth R. E. et al. Return to drug use and overdose after release from prison: a qualitative study of risk and protective factors. *Addict Sci Clin Pract* 2012; **7**: 3.
26. Hedrich D., Farrell M. Opioid maintenance in European prisons: is the treatment gap closing? *Addiction* 2012; **107**: 461–3.
27. Hedrich D., Alves P., Farrell M., Stöver H., Møller L., Mayet S. The effectiveness of opioid maintenance treatment in prison settings: a systematic review. *Addiction* 2012; **107**: 501–17.
28. Larney S., Dolan K. A literature review of international implementation of opioid substitution treatment in prisons: equivalence of care? *Eur Addict Res* 2009; **15**: 107–12.
29. Nunn A., Zaller N., Dickman S., Trimbur C., Nijhawan A., Rich J. D. Methadone and buprenorphine prescribing and referral practices in US prison systems: results from a Nationwide Survey. *Drug Alcohol Depend* 2009; **105**: 83–8.
30. Stallwitz A., Stöver H. The impact of substitution treatment in prisons—a literature review. *Int J Drug Policy* 2007; **18**: 464–74.
31. Burns L., Randall D., Hall W., Law M., Butler T., Bell J. et al. Opioid agonist pharmacotherapy in New South Wales from 1985–2006: patient characteristics and patterns and predictors of treatment retention. *Addiction* 2009; **104**: 1363–72.
32. Degenhardt L., Randall D., Hall W., Law M., Butler T., Burns L. Mortality among clients of a state-wide opioid pharmacotherapy program over 20 years: risk factors and lives saved. *Drug Alcohol Depend* 2009; **105**: 9–15.
33. Pink B. *Australian and New Zealand Standard Offence Classification (ANZSOC)*, 3rd edn. Canberra; 2011. Available at: http://www.ausstats.abs.gov.au/Ausstats/subscriber.nsf/0/5CE97E870F7A29EDCA2578A200143125/$File/12340_2011.pdf (accessed 25 October 2012). Australian Bureau of Statistics. (Archived at http://www.webcitation.org/6OOrZ6tJx).

34. Bureau of Crime Statistics and Research. Is violent crime increasing in NSW? NSW Recorded Crime Statistics Quarterly Update September 2010. Sydney: Bureau of Crime Statistics and Research. 2010. Available at: http://www.bocsar.nsw.gov.au/Lawlink/bocsar/ll_bocsar.nsf/vwFiles/rcs_quarterly.pdf/$file/rcs_quarterly.pdf (accessed 26 September 2012). (Archived at http://www.webcitation.org/6HSKpyNYf).
35. SAS Institute. SAS version 9.3. Cary, NC: SAS Institute; 2010.
36. Therneau T. M., Grambsch P. M. *Modeling Survival Data: Extending the Cox Model*. New York: Springer-Verlag; 2000.
37. Larney S. Does opioid substitution treatment in prison reduce injecting-related HIV risk behaviours? A systematic review. *Addiction* 2010; **105**: 216–23.
38. Kinlock T. W., Gordon M. S., Schwartz R. P., O'Grady K., Fitzgerald T. T., Wilson M. A randomized clinical trial of methadone maintenance for prisoners: results at one-month post-release. *Drug Alcohol Depend* 2007; **91**: 220–7.
39. Larney S., Toson B., Burns L., Dolan K. Effect of prison-based opioid substitution treatment and post-release retention in treatment on risk of re-incarceration. *Addiction* 2012; **107**: 372–80.
40. Harm Reduction International. *The Global State of Harm Reduction 2012: Towards an Integrated Response*. 2012. Available at: http://www.ihra.net/files/2012/07/24/GlobalState2012_Web.pdf (accessed 27 October 2013). Harm Reduction International. (Archived at http://www.webcitation.org/6OOrCaGDF).
41. Jürgens R., Ball A., Verster A. Interventions to reduce HIV transmission related to injecting drug use in prison. *Lancet Infect Dis* 2009; **9**: 57–66.
42. McKenzie M., Nunn A., Zaller N. D., Bazazi A. R., Rich J. D. Overcoming obstacles to implementing methadone maintenance therapy for prisoners: implications for policy and practice. *J Opioid Manag* 2009; **5**: 219–27.
43. Baldry E., McDonnell D., Maplestone P., Peeters M. Ex-prisoners, homelessness and the state in Australia. *Aust NZ J Criminol* 2006; **39**: 20–33.
44. Magliano D., Liew D., Pater H. *et al*. Accuracy of the Australian National Death Index: comparison with adjudicated fatal outcomes among Australian participants in the Long-term Intervention with Pravastatin in Ischaemic Disease (LIPID) study. *Aust NZ J Public Health* 2003; **27**: 649–53.
45. Hua J., Fitzgerald J. *Matching Court Records to Measure Reoffending*. Sydney: NSW Bureau of Crime Statistics and Research; 2006.
46. Kariminia A., Butler T., Corben S., Kaldor J., Levy M., Law M. Mortality among prisoners: how accurate is the Australian National Death Index? *Aust NZ J Public Health* 2005; **29**: 572–5.

## Supporting information

Additional Supporting Information may be found in the online version of this article at the publisher's web-site:

**Table S1** International Classification of Diseases 10th edition (ICD-10) codes for causes of death.
**Table S2** Australian and New Zealand Standard Offence Classification (ANZSOC) codes for offence categories.
**Table S3** Post-release CMR per 1000 PY for incarcerated people with a history of opioid dependence, according to their OST status on day of release ($n = 60\,161$ releases), 2000–12.