

 # Clinical Interpretation of Urine Drug Tests: What Clinicians Need to Know About Urine Drug Screens

Karen E. Moeller, PharmD, BCPP; Julie C. Kissack, PharmD, BCPP; Rabia S. Atayee, PharmD, BCPS; and Kelly C. Lee, PharmD, MAS, BCPP

## Abstract

Urine drug testing is frequently used in clinical, employment, educational, and legal settings and misinterpretation of test results can result in significant adverse consequences for the individual who is being tested. Advances in drug testing technology combined with a rise in the number of novel misused substances present challenges to clinicians to appropriately interpret urine drug test results. Authors searched PubMed and Google Scholar to identify published literature written in English between 1946 and 2016, using *urine drug test, screen, false-positive, false-negative, abuse,* and individual drugs of abuse as key words. Cited references were also used to identify the relevant literature. In this report, we review technical information related to detection methods of urine drug tests that are commonly used and provide an overview of false-positive/false-negative data for commonly misused substances in the following categories: cannabinoids, central nervous system (CNS) depressants, CNS stimulants, hallucinogens, designer drugs, and herbal drugs of abuse. We also present brief discussions of alcohol and tricyclic antidepressants as related to urine drug tests, for completeness. The goal of this review was to provide a useful tool for clinicians when interpreting urine drug test results and making appropriate clinical decisions on the basis of the information presented.

© 2016 Mayo Foundation for Medical Education and Research ■ Mayo Clin Proc. 2017;92(5):774-796

From the University of Kansas School of Pharmacy, Lawrence, KS (K.E.M.); Harding University College of Pharmacy, Searcy, AR (J.C.K.); and UCSD Skaggs School of Pharmacy and Pharmaceutical Sciences, La Jolla, CA (R.S.A., K.C.L.).

There have been increased concerns regarding the nonmedical use of prescribed drugs and rising trends in illicit drug use and dependence. In 2014, it was estimated that 27 million Americans aged 12 years and older (representing 10.2% of the population) have used illicit drugs in the past month; this is compared with 7.9% in 2004.[1] Urine drug testing is routinely used in clinical practice to rule out substance-induced disorders, confirm medication adherence, and identify substances in overdose situations. Employers and courts also perform drug tests to screen for illicit drug use. Despite the widespread use of urine drug tests (UDTs), there is little published information on how to correctly interpret the results of these tests. Incorrect interpretation of test results (false-positive or false-negative) can have significant consequences (eg, loss of job and incarceration). Unfortunately, there is evidence that there is a deficiency in clinician's knowledge about accurate UDT interpretation.[2,3] Regular use of UDT did not correlate with increased knowledge; therefore, the need for clinician education may be widespread.

The goal of this review was to provide an updated guide for clinicians that includes recent reports of agents that may cause false-positive results on common UDT immunoassays. We also expanded information on marijuana on the basis of recent legislative trends and included information on synthetic cathinones and cannabinoids. Our ultimate goal was to provide a concise reference that can be used in everyday practice by clinicians to accurately interpret UDT results that lead to appropriate therapeutic decisions.

## LITERATURE SEARCH

Authors searched PubMed and Google Scholar to identify published literature between 1946 and 2016, using the following key words: *urine drug test, screen, false-positive, false-negative,* and *abuse.* In addition, individual drugs

of abuse discussed in the article were also used as key words. For completeness, we also identified relevant cited references in the initially identified publications. Publications that discussed urinary testing of substances in humans or human samples only were selected.

## METHODS OF DRUG TESTING

Drug testing can be completed on various biological specimens including urine, blood, hair, saliva, sweat, nails (toe and finger), and meconium. Urine is the most commonly obtained specimen for drug testing due to its noninvasive route and ease of sample collection. Both parent drug and metabolites may be detected in urine specimens and are usually in higher concentrations than in blood or serum samples. Drug detection times are longer in urine (ie, 1 day up to several weeks) than in blood or serum samples.[4]

There are 2 main types of UDTs, screening and confirmatory tests. Initial drug tests or screens are performed using immunoassay technology and are conducted in the laboratory or onsite with point-of-care testing (POCT). Immunoassays allow for a large number of specimen screens to be completed and provide relatively rapid results.[5] Three main types of immunoassays are available: (1) enzyme-multiplied immunoassay technique, (2) enzyme-linked immunosorbent assay (ELISA), and (3) fluorescence polarization immunoassay. In general, immunoassays use antibodies to detect the presence of drug metabolites or classes of drug metabolites in the urine. Unfortunately, immunoassays will detect substances with similar characteristics, resulting in cross-reactivity leading to false-positive results.

An increasing trend, especially in pain management clinics and with clinicians treating patients with substance use disorders, is POCT in the office setting. It allows for immediate results onsite, allowing the clinician to discuss results with the patient in real time. These POCTs should be cleared by the Food and Drug Administration (FDA) and are usually waived by Clinical Laboratory Improvement Amendments. Visual analysis of the test result provides interpretation of the outcomes. At times, results may be difficult to read (eg, faint color and uncertain color), leading to subjective interpretation.[6] In addition, POCT

### ARTICLE HIGHLIGHTS

- Immunoassays have many weaknesses that can result in false-positive and false-negative results. Understanding how to interpret urine immunoassays (eg, cutoff values, detection times, and false-positive results) is vital when ordering.
- All positive results on immunoassays need confirmatory testing (eg, gas chromatography/mass spectrometry).
- Testing for designer drugs (eg, synthetic cathinones and cannabinoids) is challenging secondary to continual changes in synthetic compounds and increasing number of novel substances.

has the same limitations as laboratory-based immunoassays and results should be used only to screen for a substance. Consumers who purchase POCT kits are cautioned against interpreting any positive preliminary results and confirmatory testing by a professional is recommended.

All initial testing conducted with immunoassays need to be considered presumptive, and clinicians need to use clinical judgment, patient history, and collaborative information to decide whether confirmatory testing is necessary for optimal patient care. Gas chromatography/mass spectrometry (GC-MS) is considered the criterion standard in confirmatory testing and can identify specific molecular structures and quantifies the amount of a drug or substance present in the sample.[4] The GC-MS assessments must be conducted by highly trained personnel, are time-consuming and costly, and thus are reserved for confirming positive drug screens. Liquid chromatography/tandem mass spectrometry (LC-MS/MS) offers an alternative to GC-MS for confirmatory testing and may be more time-efficient. Confirmatory testing should always be conducted when making legal, forensic, academic, employment, or other decisions that have significant sequelae.

### Cutoff Levels

Cutoff values for UDT define the concentrations needed to produce positive results for immunoassays and confirmation testing on GC-MS or LC-MS/MS. Cutoff levels were established to help minimize false-positive

results especially in workplace drug testing (eg, passive inhalation of marijuana causing positive results; poppy seeds ingestion causing positive opiate results). Results lower than the established cutoff values are reported as negative. Therefore, a negative result does not indicate that a substance is not present, but that the concentration was lower than the established cutoff concentration. Table 1 displays the federal mandated cutoff levels for the workplace developed by the Department of Health and Human Services.[7] Although clinicians should be aware of federal cutoff values for substances of abuse, they should recognize that the federal cutoff concentrations are established for use in the workplace in which higher cutoff concentrations may be necessary to avoid false-positive results.[4] However, in medical practice, lower cutoff values may be necessary particularly when testing for medication adherence. Clinical laboratories may use cutoff levels that are different from federal guidelines; thus, it is important that practitioners are aware of the values when interpreting results. In addition, clinicians may need to request a lower cutoff value to be used to minimize false-negative results; however, this may increase the rate of false-positive results. Furthermore, cutoff values were established for the adult population. Lower cutoff values may be necessary for infants due to a more

dilute urine.[8] Urine osmolality tends to reach adult values after age 2 years.

## Detection Times

Detection time or window is the amount of time a drug can be detected in the urine and still produce a positive result. To evaluate detection times of a drug or substance, both drug characteristics and patient factors need to be considered. Drug characteristics include half-life, drug metabolites, drug interactions, dosing intervals, low versus high dosage, chronic versus occasional use, and time of last ingestion. Patient factors that also can affect detection times include body mass, pH of the urine, urine concentration, and renal or liver impairment. Table 2 reports standard detection times for drugs routinely detected in the urine.[9-17]

## EVALUATION OF A URINE SAMPLE

People misusing drugs commonly use various methods (eg, adulteration, urine substitution, diluting urine) to avoid detection. A basic understanding of urine specimen characteristics is helpful to the clinician when evaluating drug screen results.

Normal urine ranges from pale yellow to clear depending on its concentration. Specimens collected in the early morning have the highest concentration and therefore will

### TABLE 1. Federal Workplace Cutoff Values[a,7]

| Initial test analyte | Initial drug test level (immunoassay) (ng/mL) | Confirmatory test analyte | Confirmatory drug test level (GC-MS) (ng/mL) |
|---|---|---|---|
| Marijuana metabolites | 50 | Delta-9-tetrahydrocannabinol-9-carboxylic acid | 15 |
| Cocaine metabolites | 150 | Benzoylecgonine | 100 |
| Opiate metabolites | | | |
| Codeine/morphine[b] | 2000 | Codeine/morphine | 2000 |
| 6-Acetylmorphine | 10 | 6-Acetylmorphine | 10 |
| Phencyclidine | 25 | Phencyclidine | 25 |
| Amphetamine/methamphetamine[c] | 500 | Amphetamine | 250 |
| | | Methamphetamine[d] | 250 |
| MDMA | 500 | MDMA | 250 |
| | | MDA | 250 |
| | | MDEA | 250 |

[a]MDA = methylenedioxyamphetamine; MDMA = methylenedioxymethamphetamine; MDEA = methylenedioxyethylamphetamine.
[b]Morphine is the target analyte for codeine/morphine testing.
[c]Methamphetamine is the target analyte for amphetamine/methamphetamine testing.
[d]Specimen must also contain amphetamine at a concentration greater than or equal to 100 ng/mL.

Mayo Clin Proc. ■ May 2017;92(5):774-796 ■ http://dx.doi.org/10.1016/j.mayocp.2016.12.007
www.mayoclinicproceedings.org

| TABLE 2. Approximate Drug Detection Time in the Urine[9-17] | |
|---|---|
| Drug | Length of time detected in urine |
| Alcohol | 7-12 h |
| Amphetamine | 48 h |
| Methamphetamine | 48 h |
| Barbiturate | |
|   Short-acting (eg, pentobarbital) | 24 h |
|   Long-acting (eg, phenobarbital) | 3 wk |
| Benzodiazepine | |
|   Short-acting (eg, lorazepam) | 3 d |
|   Long-acting (eg, diazepam) | 30 d |
| Cocaine metabolites | 2-4 d |
| Marijuana | |
|   Single use | 3 d |
|   Moderate use (4 times/wk) | 5-7 d |
|   Chronic use (daily) | 10-15 d |
|   Chronic heavy smoker | >30 d |
| Opioids | |
|   Codeine | 48 h |
|   Heroin (morphine) | 48 h |
|   Hydromorphone | 2-4 d |
| Methadone | 3 d |
| Morphine | 48-72 h |
| Oxycodone | 2-4 d |
| Phencyclidine | 8 d |
| Synthetic cannabinoids | |
|   Single use | 72 h |
|   Chronic use | >72 h |
|   Synthetic cathinone | Variable |
| Adapted from *Mayo Clin Proc*, with permission.[12] | |

contain higher levels of the drug.[10] The temperature of the urine sample should be recorded within the first 4 minutes after collection and is usually between 90°F and 100°F.[18] Urine specimen temperature may stay at 90.5°F for up to 15 minutes. Although urine pH fluctuates throughout the day, it generally ranges between 4.5 and 8. Specific gravity normally ranges between 1.002 and 1.030. In normal human urine, creatinine concentrations should be greater than 20 mg/dL. Urine specimens that are of unusual color or that are outside the normal parameters for human urine may be due to medications, foods, or disease states (diuretics, strict vegetarian diet, high state of hydration).[19] It is imperative that documentation of these factors is included and be considered when the clinician is interpreting urine drug screen results.

Adulteration or dilution of the urine specimen should be suspected if the pH is less than 3 or greater than 11 or the specific gravity is less than 1.002 or greater than 1.030.[18] Urinary creatinine concentrations less than 20 mg/dL are indicative of dilute urine, whereas those less than 5 mg/dL combined with a specific gravity of less than 1.001 are not consistent with human urine.[10] Urine specimens outside of these ranges are due to adulterations or dilution attempts. Urine specimens adulterated with soap may also produce excessive bubble formation that is long lasting.[20] If the urine specimen appears to be adulterated or diluted, the second specimen for evaluation should be collected under observation.

Adulterants that have been used to mask a person's use of a substance include household items such as table salt, laundry bleach, toilet bowl cleaner, vinegar, lemon juice, ammonia, or eye drops. Several select commercial adulterants containing glutaraldehyde (Clean X), sodium or potassium nitrite (Klear, Whizzies), pyridinium chlorochromate (Urine Luck), and peroxide/peroxidase (Stealth) are used to mask drug use.[21] Most household adulterants, except for eyedrops, can be detected by routine integrity (ie, temperature, pH, specific gravity) measurements.[22] Commercial adulterants may mask the presence of drugs or their metabolites. Several dipstick tests (ie, Adulta-Check 4, AdultaCheck 6, Intect 7) are available for specimen integrity validation.[22]

## SPECIFIC DRUGS TESTED IN THE URINE

Determining which drug to test for in a UDT panel depends on the clinical setting. Most panels include the 5 drugs required by federal workplace guidelines, which include amphetamines, cocaine, marijuana, opiates, and phencyclidine.[7] Benzodiazepines are commonly included in most UDTs. Clinicians working with patients with pain disorders should consider additional testing for semisynthetic (eg, oxycodone) and synthetic opioids (eg, fentanyl and methadone) (Table 3).[4] Mass-spectrometry—based definitive laboratory testing should be considered once to twice per year on the basis of the risk of assessment.[23] Below, we discuss common drugs of abuse encountered in the clinical setting and common false-positives and false-negatives with each

**TABLE 3. Classification of Opioids[4]**

| Derivation | Opioid |
|---|---|
| From opium | Codeine, morphine, opium, thebaine |
| Semisynthetic | Buprenorphine, dihydrocodeine, heroin, hydrocodone, hydromorphone, levorphanol, oxycodone, oxymorphone |
| Synthetic | Fentanyl, meperidine, methadone, tramadol |

screening test (Table 4).[12,17,18,24-112] The importance of confirmatory testing is emphasized to ensure an accurate and reliable UDT result.

## Cannabinoids

Cannabis or marijuana generally refers to any part of the *Cannabis* plant and has been used throughout history for textiles, fuels, and medicines and for its euphoric effects.[11] The *Cannabis* plant contains approximately 460 active chemicals with more than 60 chemicals classified as cannabinoids. Delta-9-tetrahydrocannabinol (THC) is considered the primary active chemical responsible for marijuana's medicinal and psychoactive effects.

Currently, marijuana is the most widely used "illicit" substance in the United States, with almost 20 million Americans 12 years or older using marijuana in 2013.[113] Smoking or inhaling marijuana through cigarettes, cigars, water pipes, or vaporization is the most common route of administration primarily due to its rapid effects and ability to deliver high concentrations of the drug into the bloodstream.[114] Some users prefer the oral route of administration by mixing marijuana's oil base extract (hash oil) into common foods such as desserts, candies, or sodas.

Although illegal by the federal government, as of November 2016, 28 states plus the District of Columbia have approved marijuana use for medical purposes, and 8 states including the District of Columbia have approved marijuana for recreational use.[115,116] With state legalizations, it is important that clinicians inquire about medical and recreational marijuana use when ordering a drug screen to help with interpretation. It is important for users of medical or recreational marijuana to be aware that although approved by their state government, other entities (eg, federal systems, workplace, criminal justice systems, and schools) may still require a negative drug test result for marijuana. Furthermore, clinicians need to consider unintentional ingestion of marijuana especially in the presence of unexplainable neurologic conditions and food-borne illness. Both adults and children are susceptible to accidental ingestion of marijuana, especially through unlabeled food products.[117] Children may experience more profound effects due to the edibles containing unverified dosages, and adults who have never used illicit drugs may experience more adverse effects. Reports of accidental ingestions have increased markedly since the legalization of marijuana in various states, and clinicians need to consider ordering a UDT for THC when necessary.

Urine drug testing for marijuana is based on THC's main metabolite 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid.[7,118] Initial testing through immunoassay is sensitive to several THC metabolites and the federal cutoff level is 50 ng/mL although some laboratories may use a lower cutoff level of 20 ng/mL.[7] Confirmation testing via GC-MS or LC-MS/MS is specific for 9-tetrahydrocannabinol-9-carboxylic acid, allowing for a lower federal cutoff concentration of 15 ng/mL.[7,118]

Estimating the detection time for marijuana in the urine is multifaceted. Factors that influence detection of marijuana include route of administration, dosage and potency of marijuana, frequency of use, body mass, and one's metabolic rate. Cannabinoids are highly lipophilic and are extensively stored in lipid compartments throughout the body. Chronic use of marijuana will result in accumulation of THC in fatty tissues, resulting in slow elimination rates of marijuana metabolites.[118] Detection of marijuana can occur in the urine for greater than 30 days after cessation among chronic users,[118,119] whereas single exposure to marijuana in nonusers typically can be detected in the urine only up to 72 hours.[120]

A practical challenge with UDT for marijuana is determining acute versus chronic marijuana use. Researchers have looked at quantifying the glucuronide conjugates of THC and 11-OH-THC (using *Escherichia coli* β-glucosidase hydrolysis) as biomarkers for recent (<8 hours) marijuana consumption.[121,122]

However, Lowe et al[121] found concentrations in the urine up to 24 days after cessation in a chronic heavy user, refuting the effectiveness of these biomarkers. With respect to driving under the influence, most states rely on blood levels to determine impairment.[123] However, blood concentrations can rapidly decline within the first hour because of rapid distribution into fat stores and first-pass hepatic metabolism.[124] In addition, Bergamaschi et al[125] found detectable THC concentrations in the blood after 30 days in 5 patients.

There are 2 FDA-approved prescription medication forms of THC. Dronabinol, a synthetic version of THC, and nabilone, a synthetic cannabinoid similar to THC, are indicated for chemotherapy-induced emesis and anorexia in patients with AIDS (dronabinol only).[60,61] Dronabinol will test positive for THC on UDTs, whereas nabilone tests negative for THC due to its distinct metabolites.[65] A challenge in patients receiving dronabinol is the inability to distinguish dronabinol from plant THC through confirmatory tests. Levin et al[126] conducted a study to determine whether testing for $\Delta^9$-tetrahydrocannabivarin (THCV), a plant cannabinoid, in the urine would help distinguish the use of illicit plant marijuana use from oral dronabinol use. However, only 50% of participants who used cannabis heavily ($\geq 5$ times per week) tested positive for THCV. The authors concluded that this test was not sensitive enough to test for either the presence or absence of THCV likely owing to variable strains of cannabis.

Medications reported to cross-react with cannabinoid immunoassays include proton pump inhibitors (PPIs),[64,127] nonsteroidal anti-inflammatory drugs (NSAIDs),[68] and efavirenz.[67,69] Literature describing the interference of PPIs with UDT is limited to 1 case report of pantoprazole and pantoprazole's package insert.[64,127] The mechanism for pantoprazole's interference with marijuana's UDT is unknown and it is unclear whether this is a class effect or limited only to pantoprazole. Prescribing information of other PPIs does not report this interference.

With respect to NSAIDs, Rollins et al[68] found that only 2 samples out of 510 samples produced false-positive results for cannabis on immunoassay, 1 in a patient who took a single daily dose of 1200 mg of ibuprofen and 1 in a chronic naproxen user. NSAID interference appears to be rare; however, secondary confirmation is warranted in patients using NSAIDs with unexplained THC results on immunoassay.

The cross-reactivity of efavirenz, a nonnucleoside reverse transcriptase inhibitor, on UDT for marijuana has been well documented.[67,69] The glucuronide metabolite (EFV-8-ether glucuronide) has been attributed to causing the false-positive result.

Surface contaminants with urine collections have also been shown to cause false-positive results in UDTs in newborns. Because of an increase in false-positive rates for THC UDTs in newborns, Cotten et al[63] investigated several commercial products and materials (eg, baby wash, wipes, diapers, and urine collection bags) to determine whether cross-reactivity was present. Several baby wash products produced a dose-dependent response on THC immunoassays, with many testing positive using a cutoff of 20 ng/mL but none reach the standard cutoff level of 50 ng/mL. It was discovered that nurses used different techniques to clean newborns before and during sample collection. This study highlights the importance of surface contaminants especially in the collection and analysis of urine in newborns.

A rising concern, especially with state approval of recreational marijuana use, is whether second-hand exposure to marijuana can result in positive drug screening. Several studies were conducted in the 1980s evaluating whether passive inhalation of marijuana would test positive on cannabis urine assays.[128-130] Most of these studies found detectable urine concentrations of THC's metabolites significantly below standard cutoff values. Since these studies were conducted, the potency of marijuana has significantly increased. In the 1980s, the potency of THC confiscated by law enforcement was around 3% whereas in 2014 the potency was approximately 12%.[131,132] With the rise in THC potency, Cone et al[133] evaluated the effects of passive inhalation with high-potency THC (up to 11.3%). The study placed 6 nonsmokers in a small room for 1 hour with smokers under the following conditions: (1) without air ventilation with participants

MAYO CLINIC PROCEEDINGS

| Substance | Potential positives (includes true- and false-positives) | Potential medications that may not be detected |
|---|---|---|
| **TABLE 4. Summary of Agents Contributing to Results by Immunoassay[a]** | | |
| Alcohol[24] | Short-chain alcohols (eg, isopropyl alcohol) | Not applicable |
| Amphetamines[25-50] | l-Methamphetamine (Vick's inhaler)[b] | Not applicable |
| | l-Deprenyl[c] | |
| | Amantadine | |
| | Aripiprazole | |
| | Atomoxetine | |
| | Benzphetamine | |
| | Bupropion | |
| | Clobenzorex[d] | |
| | Chlorpromazine | |
| | Desipramine | |
| | Dextroamphetamine | |
| | Dimethylamylamine | |
| | Ephedrine | |
| | Fenproporex[d] | |
| | Isometheptene | |
| | Isoxsuprine | |
| | Labetalol | |
| | Metformin | |
| | Methylphenidate | |
| | Methamphetamine | |
| | MDMA | |
| | Phentermine | |
| | Promethazine | |
| | Pseudoephedrine | |
| | Phenylephrine | |
| | Phenylpropanolamine | |
| | Ranitidine | |
| | Ritodrine | |
| | Selegiline | |
| | Thioridazine | |
| | Trazodone | |
| | Trimipramine | |
| | Trimethobenzamide | |
| Benzodiazepines[51-59] | Efavirenz | Alprazolam |
| | Oxaprozin | Clonazepam |
| | Sertraline | Lorazepam |
| Cannabinoids[17,60-70] | Baby wash products | Nabilone |
| | Dronabinol | Synthetic cannabinoids |
| | Efavirenz | |
| | NSAIDs | |
| | Proton pump inhibitors | |
| Cocaine[71-73] | Coca leaf tea | Not applicable |
| | Topical anesthetics containing cocaine | |
| Opioids/opiates/heroin[17,18,74-90] | Dextromethorphan | Buprenorphine |
| | Diphenhydramine[e] | Fentanyl |
| | Doxylamine[e] | Meperidine |
| | Heroin | Methadone |
| | Opiates (codeine, hydromorphone, hydrocodone, morphine) | Oxycodone |
| | Poppy seeds | Oxymorphone |
| | | *Continued on next page* |

Mayo Clin Proc. ■ May 2017;92(5):774-796 ■ http://dx.doi.org/10.1016/j.mayocp.2016.12.007
www.mayoclinicproceedings.org

| TABLE 4. Continued | | |
|---|---|---|
| Substance | Potential positives (includes true- and false-positives) | Potential medications that may not be detected |
| | Quinine<br>Quinolones<br>Rifampin<br>Verapamil and metabolites[e] | Tramadol |
| Phencyclidine[17,74,91-100] | Dextromethorphan<br>Diphenhydramine<br>Doxylamine<br>Ibuprofen<br>Imipramine<br>Ketamine<br>Lamotrigine<br>MDPV<br>Meperidine<br>Mesoridazine<br>Thioridazine<br>Tramadol<br>Venlafaxine, O-desmethylvenlafaxine | Not applicable |
| Tricyclic antidepressants[101-111] | Carbamazepine[f]<br>Cyclobenzaprine<br>Cyproheptadine[f]<br>Diphenhydramine[f]<br>Hydroxyzine[f]<br>Quetiapine | Not applicable |
| Synthetic cannabinoids[112] | Lamotrigine | Not applicable |
| [a]MDMA = methylenedioxymethylamphetamine; MDPV = methylendioxyprovalerone; NSAID = nonsteroidal anti-inflammatory drug.<br>[b]Newer immunoassays have corrected the false-positive result for Vick's inhaler.<br>[c]Converts to l-methamphetamine and l-amphetamine.<br>[d]Approved in Mexico. Not approved in the United States.<br>[e]Diphenhydramine, doxylamine, and verapamil (including metabolites) have been shown to cause positive results in methadone assays only.<br>[f]Reports of false-positive results occurred in serum only.<br>Adapted from Mayo Clin Proc, with permission.[12] | | |

actively smoking marijuana cigarettes containing 5.3% THC, (2) without air ventilation with participants actively smoking marijuana cigarettes containing 11.3% THC, and (3) with active air ventilation with participants actively smoking marijuana cigarettes containing 11.3% THC.[133,134] None of the participants tested positive with an immunoassay (ELISA) cutoff level of more than 20 ng/mL in the room with ventilation. In rooms without ventilation, multiple immunoassays tested positive when using a 20 ng/mL cutoff value and 1 tested positive at the 50 ng/mL cutoff value (condition 2). Detection times to produce a positive screen (ELISA >20 ng/mL) ranged from 2 to 22 hours postexposure. Although 1 nonsmoker met the federal cutoff concentration and many with lower cutoff values, detection time was short and it was under harsh conditions (no ventilation) in which someone would be aware they were heavily exposed to second-hand smoke.

### Central Nervous System Depressants
**Opioids.** "Opioid" is the term to describe all compounds that work at the opioid receptors in the central nervous system (CNS) and peripheral tissues. Opioids are primarily used for their analgesic properties, although they also have antitussive or antidiarrheal effects. Common prescription opioid medications include morphine, hydrocodone, hydromorphone, oxycodone, fentanyl, methadone, and tramadol, while heroin is an illicit agent. The term "opiates" is used only to describe morphine and codeine, which are naturally

derived from the opium poppy seed.[135] Table 3 categorizes the opioid compounds according to sources of derivation.[4]

Opioid use has drastically increased in the past 10 to 15 years, and subsequently opioid misuse and abuse are also on the rise.[136] All prescription opioids have the potential for abuse and are Schedule II medications except tramadol, which recently went from unscheduled status to Schedule IV.[137] With the recent rescheduling of hydrocodone products from Schedule III to II, it is expected that there may be an increase in tramadol prescriptions due to ease of prescribing Schedule IV medications compared with Schedule II medications.[138]

Urine drug testing is one of many tools for safe prescribing of opioids with appropriate assessment and monitoring.[139,140] It is important for clinicians to be aware that UDTs may not detect all opioid drugs equally, and it is vital that clinicians ordering UDT for opioids know how to interpret results, are familiar with which agents their laboratory tests for, and understands opium metabolism (Figure 1).[136,141] Most conventional immunoassays use morphine as a single calibrator drug to set the threshold for distinguishing a "positive" or "negative" test result. Because cross-reactivity of antibodies between morphine and other opiates such as oxycodone, hydrocodone, hydromorphone, and oxymorphone is low, there may be a risk of false-negative results.[142] More advanced immunoassays or LC-MS/MS show higher specificity that can maximize detection for those agents.[142]

Fentanyl, methadone, and buprenorphine have distinct differences in chemical structure compared with morphine; thus, there is no reactivity in commonly marketed morphine-specific immunoassays[89,143] and these require immunoassays that are specific for these compounds or LC-MS/MS.[76,80] In addition, some laboratories do not routinely test for semisynthetic or synthetic medication (see Table 3) in a standard opioid UDT unless specially requested. Clinicians must have an adequate understanding of their institution's laboratory immunoassay capabilities and/or the option for LC-MS/MS before using UDT.

Another clinical limitation with UDT for federal and Department of Transportation—regulated industry employees is the federal cutoff level of 2000 ng/mL with additional testing for heroin metabolite 6-monoacetylmorphine with a cutoff of 10 ng/mL use.[7] The cutoff level for opiate (eg, morphine and codeine) testing was raised from 300 ng/mL to 2000 ng/mL of morphine in 1998 in efforts to limit the large number of morphine and/or codeine positive results from poppy seed ingestion or routine prescription opiate use when screening for heroin abuse.[85,90] Unfortunately, using this high workplace drug testing cutoff level can result in negative test results, making it difficult for clinicians to interpret recent opioid use especially when testing for synthetic and semisynthetic opioids.[144] Clinicians who commonly prescribe opioid medications for chronic pain and use UDT for compliance monitoring and abuse detection may need to use the lower threshold



**FIGURE 1.** Metabolism of opioids.[136,141] [a]Morphine is metabolized to hydromorphone in very small amounts.

of 300 ng/mL. As clinicians, it is important that one is aware of their laboratory's cutoff value for opioids and when necessary may need to request additional testing at a lower cutoff. The most common reasons for opioid false-negative results are using incorrect testing for a specific opioid or there is insufficient concentration of opioid in the urine.[145]

A few nonopioid agents have been shown to cause false-positive results for opiates and are reported in Table 4. Quinolones, which are commonly prescribed antiinfectives, are widely reported to interfere with opiate immunoassays.[82,84] Meatherall and Dai[82] evaluated ofloxacin, norfloxacin, and ciprofloxacin for cross-reactivity on the enzyme-multiplied immunoassay technique II opiate immunoassay using a morphine threshold of 300 ng/mL. Ofloxacin was found to produce positive results, whereas norfloxacin and ciprofloxacin did not elicit positive results. Gatifloxacin also was found in a case report to provide a positive finding for opiates using the 2000 ng/mL cutoff level.[84] Rifampin or rifampicin also has caused false-positive results with opiate immunoassays.[77-79,87]

To understand opiate UDT, a proper understanding of specific opioid metabolism is essential. Studies have shown that clinicians struggle with interpreting opioid UDT results, which may be due to lack of understanding of opioid metabolism.[2,3] The following section reviews commonly prescribed opioids, their metabolic pathways (Figure 1), and their utility in UDT.

Morphine and codeine are both derived from opium. Codeine is metabolized to morphine and norcodeine. In the urine, all 3 compounds can be detected after codeine ingestion. Morphine is metabolized to 3-morphine-glucuronide and 6-morphine-glucuronide. Hydromorphone has been identified as a minor metabolite of morphine.[146] Codeine and hydrocodone metabolism can also produce small amounts of hydrocodone and hydromorphone, respectively, and should not be interpreted as indicators of hydrocodone or hydromorphone ingestion when high concentrations of codeine or hydromorphone are detected in the UDT.[147,148]

Heroin is rapidly metabolized to 6-monoacetylmorphine (6-MAM), which is further deacetylated to morphine. If heroin use is suspected, one can test for 6-MAM in the urine using a definitive method because the 6-MAM metabolite is specific only to heroin and not morphine or codeine. However, 6-MAM has an extremely short half-life of 36 minutes and is detected only up to 8 hours in the urine after heroin use.[149] In addition, street heroin may be adulterated with other opioids, such as acetylcodeine, making it difficult to differentiate between heroin, codeine, or morphine use.[24,150]

Oxycodone is frequently prescribed to treat pain and has been shown to have high abuse potential.[151] Oxycodone is metabolized into the active metabolite oxymorphone and moderately active metabolite noroxycodone.[152,153] About 13% to 19% of the dose is excreted as unchanged drug, 7% to 29% as oxycodone conjugates, 13% to 14% as oxymorphone metabolite, and an unknown amount to noroxycodone.[154] Large variability of metabolic ratio has been published in the literature identifying abnormal metabolite formation when considering ultra-rapid and poor metabolizers of oxycodone to oxymorphone.[153]

Methadone is a potent opioid with unique pharmacology; notably, it has a long elimination half-life, which makes it attractive for treatment of chronic pain and dependence on opioids and heroin.[135,155,156] About one-third of methadone is excreted unchanged in the urine and is metabolized to an inactive metabolite 2-ethylidene-1,5-dimethyl-3,3-diphenylpyrrolidine (EDDP). Although both methadone and EDDP are present in the urine, many methadone immunoassays detect only the parent compound, methadone. This can be problematic because patients occasionally spike their urine with their methadone prescription to generate a positive result on a UDT.[157] There are screening methods for methadone and EDDP and only 1 assay, Immunalysis's Homogeneous Enzyme Immunoassay (HEIA), tests for both with a cutoff of 300 ng for methadone and 500 ng for EDDP.[158] Moreover, testing for EDDP with GC-MS may be necessary with suspected adulteration and in patients who are rapid metabolizers of methadone. A few medications, including verapamil, diphenhydramine, and doxylamine, have been reported to cause false-positive screens for methadone and requiring secondary confirmation.[81,83,86]

Fentanyl transdermal patch is another widely used opioid mainly due to its convenient nonoral route, but it also poses a high risk of serious adverse effects including respiratory depression.[159,160] Fentanyl is extensively metabolized to its major inactive metabolite, norfentanyl.[135] Fentanyl has been shown to have high intrasubject variability over time and intersubject variability. In patients with pain disorders, the transdermal fentanyl excretion variability may be due to genetic polymorphism of the CYP3A4, skin absorption, and interactions with drugs used concomitantly that interfere with fentanyl metabolism.[161]

Tramadol is a weak opioid agonist that is commonly used for mild pain. It is a prodrug metabolized to an active metabolite O-desmethyltramadol and inactive metabolite nortramadol. Both these metabolites are further metabolized to inactive O-desmethylnortramadol.[162] GC-MS, LC-MS/MS, and other procedures to determine tramadol and its metabolites in the urine have been developed.[163] Clinical utility of tramadol drug screening may be important for clinicians to be familiar with as the use of tramadol increases.

**Benzodiazepines.** Benzodiazepines are widely prescribed for use as sedatives, hypnotics, anxiolytics, anticonvulsants, and muscle relaxants.[164] More than 15 benzodiazepines are commercially available for use in the United States; in addition, large numbers of other benzodiazepines are available in other countries including flunitrazepam, commonly referred to as the "date rape" drug. Because of their sedative properties, benzodiazepines are frequently misused and abused, and chronic use can lead to physiological dependence and addiction.

Urine drug testing for benzodiazepines is commonly used to check for medication adherence, evaluate abuse/misuse, or identify medications in overdose or emergency situations. Benzodiazepines are secondary to opiates in accidental or intentional overdose situations and are commonly prescribed with other sedating medications.[165] Because of the widespread use of benzodiazepines (eg, sedation in the emergency department setting), it is important that clinicians evaluate patient's medication regimen extensively when evaluating UDT results.

Interpretation of urine benzodiazepine immunoassays can be complex secondary to benzodiazepine's metabolic pathway (Figure 2), half-life, potencies, and the inability to differentiate between individual benzodiazepines.[166-168] Chronic use of diazepam, a long half-life agent, can be detected over 30 days in the urine, whereas triazolam, a short half-life drug, may be detected in the urine only for a day.[4] Benzodiazepines with short half-lives or those that are highly lipophilic (eg, alprazolam and diazepam) tend to have the most risk for abuse. Furthermore, there are 2 significant limitations of benzodiazepine immunoassays that may lead to false-negative results: (1) the immunoassay's inability to detect conjugated metabolites and (2) high cutoff values.

Most benzodiazepine immunoassays are designed to detect the free or nonconjugated forms of oxazepam or nordiazepam, which are common metabolites of several benzodiazepines (eg, diazepam, chlordiazepoxide, and temazepam).[167] However, many benzodiazepines are excreted as glucuronide conjugates (eg, lorazepam and alprazolam) and will not be detected by most immunoassays unless hydrolysis with beta-glucuronidase is performed on the urine before testing.[169-171] Most laboratories do not use this technique. Clonazepam is another benzodiazepine that may result in a false-negative result because it is primarily reduced to 7-aminoclonazepam and not converted to oxazepam or its conjugate nor does it cross-react well in the immunoassay screen.[172]

Cutoff concentrations of 200 or 300 ng/mL for benzodiazepines were initially established on the basis of standard dosages of older benzodiazepines such as diazepam, oxazepam, and flurazepam dosed between 5 and 20 mg/d.[57] Using a cutoff of 200 or 300 ng/mL often is too high for more potent benzodiazepines that are prescribed at lower doses such as lorazepam, alprazolam, and triazolam. Fraser and Meatherall[54,55] found that lowering the cutoff concentration of alprazolam and triazolam to 100 ng/mL along with enzyme hydrolysis increased positive results. In addition, West et al[172] recommended lowering the cutoff level to 40 ng/mL to detect clonazepam's main metabolite 7-aminoclonazepam.

Despite the high rate of false-negative results, medications that produce false-positive

URINE DRUG TESTS



FIGURE 2. Basic metabolism of benzodiazepines.[166-168] [a]Flunitrazepam in not available in the United States.

results on the benzodiazepine immunoassays are minimal (Table 4). Sertraline, a commonly prescribed medication for treatment of depression, has widely been reported to cause false-positive results with benzodiazepine immunoassays with rates of 27% to 32% found in 2 retrospective studies.[52,56,58] Oxaprozin and efavirenz are additional agents that have also been found to interfere with the urine immunoassays.[51,53,59] However, efavirenz's interference has been found to occur only in the Triage 8 urine drug test and Drug Screen Multi 5 test.[53,59]

## CNS Stimulants

**Amphetamines.** There are an estimated 1.6 million people aged 12 years and older (0.6% of the population ≥12 years) who reported using stimulants for nonmedical uses.[1] Among those who reported current use of stimulants, two-third reported abusing prescription stimulants but not methamphetamine. Amphetamines are commonly abused for their euphoric and stimulant effects, and prescription amphetamines have been favored by college students for their supposed "cognitive effects."

Amphetamine immunoassays are the screening tests most commonly associated with false-positive results due to the presence of other cross-reacting drugs and substances. It is difficult to develop antibodies that are specific to amphetamine and methamphetamines due to their structures. Methamphetamine also has 2 isomers (d-methamphetamine and l-methamphetamine) that contribute to issues with cross-reactivity and false-positive test results.[173] Amphetamine assays can detect amphetamines, its isomers (eg, dextroamphetamine), and other amphetamine-type compounds such as methamphetamine, methylenedioxyethylamphetamine, methylnenedioxyamphetamine, and methylenedioxymethylamphetamine as well as other metabolically produced amine-containing compounds.

Agents that have been commonly linked to false-positive amphetamine results include pseudoephedrine/ephedrine,[47] bupropion,[41] labetalol,[29,50] and ranitidine.[30,35,43] Bupropion's chemical structure is similar to those of amphetamines and contributes to the false-positive results.[41] Metformin has also been linked to false-positive results for amphetamines.[28] The mechanism is unknown

for metformin's interference, but the importance of confirmatory testing was stressed by one author to avoid negative consequences for patients. Additional medications and products that are not obvious culprits for causing positive results for amphetamines include selegiline and Vick's Vapor inhalers. Selegiline is metabolized into *l*-methamphetamine, *l*-desmethylselegiline, and *l*-amphetamine that contribute to its cross-interference with amphetamine assays. Selegiline's metabolites have also been detected in hair up to 4 weeks after a single oral dose.[174] Vick's Vapor Inhalers have been reported to contain 1% to 2.5% *d*-methamphetamine.[175] In Smith et al[175] report, *d*-methamphetamine and *l*-methamphetamine were not detected in urine at a lower level of quantification of 10 µg/L after 28 inhalations of Vick's Vapor inhalers. There were no positive test results for *d*-methamphetamine or *d*-amphetamine when GC-MS confirmatory testing was used. *l*-Methamphetamine was present in most urine specimens at 11 hours after the inhalation but at low concentrations (<250 µg/L). Lisdexamfetamine (Vyvanse) is a prodrug that is inactive before ingestion, which may lead to misconceptions that the drug will not be detected in UDT.[176] It should be noted that on activation in the gastrointestinal tract, lisdexamfetamine is converted to *l*-lysine and the active *d*-amphetamine and will be detected in the urine.

A popular dietary supplement containing dimethylamylamine (DMAA) also known as methylhexamine and geranium extract has been linked to a false-positive amphetamine screen.[48] DMAA has been marketed under the name OxyElite Pro (among others) for enhancing weight loss and athletic performance. It has been estimated that DMAA is present in more than 200 supplements despite reports of the agent's association with hemorrhagic strokes and death.[177-179] In an analysis by the Department of Defense, DMAA was found in 92.3% of the false-positive amphetamine samples that were then confirmed to be negative by GC-MS.[48]

**Cocaine.** Cocaine is a CNS stimulant extracted from coca leaves.[180] Similar to amphetamines, cocaine is often abused for its euphoric and stimulant effects. It can also produce anorexia, insomnia, and an increased attention span. Although illegal in the United States, some countries use coca leaves in teas, drinks, and other natural products. Ingestion of these products can cause positive results for cocaine UDT.

Urine testing for cocaine assesses the presence or absence of cocaine's primary metabolite, benzoylecgonine. Minimal cross-reactivity exists with drug screens for cocaine.[173] Although amoxicillin is reported from various Internet sources and review articles to produce false-positive results for cocaine, lack of evidence exists to support this finding.[181] Reisfield et al[182] tested amoxicillin's theoretical cross-reactivity for cocaine on 4 different immunoassays and found no false-positive results for cocaine metabolites. In clinical practice, cocaine is available for use as a topical anesthetic in otolaryngology and ophthalmic procedures. Topical and ophthalmic use of cocaine can produce true-positive results for cocaine in the urine.[183] However, other anesthetic agents such as benzocaine, lidocaine, procaine, and tetracaine are structurally distinct from cocaine and its metabolites and do not produce false-positive results on UDTs.[184]

**Phencyclidine.** Phencyclidine (PCP), a dissociative anesthetic, is 1 of the 5 mandated drugs of abuse in the Department of Health and Human Services guidelines for workplace UDT. Although PCP abuse declined in popularity in the 1980s and 1990s, there has been a revival of PCP use in the 2000s especially in combination with other illicit substances. In 2011, the Drug Abuse Warning Network found a 400% increase in emergency room visits for PCP from 2005 to 2011.[185] Frequently, abusers of PCP are dipping or spraying marijuana cigarettes with liquid PCP ("embalming fluid," "rocket fuel") often referred to as smoking "wet," "illy," or "fry."[186,187] Users of PCP-laced marijuana exhibit violent and aggressive behaviors, severe hallucinations, paranoia, and impaired motor skills.[188] In its pure form, PCP is a white crystalline power ("angel dust") and is commonly snorted, with effects seen in 2 to 5 minutes. Symptoms of intoxication usually last 4 to 6 hours; however, toxicity with large dosages can persist for 48 hours.[189] Detection

time of PCP in the urine is approximately 8 days.

False-positive results for PCP on immunoassays have been reported to occur with agents that are structurally similar to PCP such as tramadol, dextromethorphan, diphenhydramine, and ketamine. Several case reports have shown tramadol's cross-reactivity to occur during tramadol toxicity, secondary to intentional overdose or misuse of the medication resulting in high tramadol concentrations in the urine.[94,96] Rengarajan and Mullins[98] reported that false-positive rates for PCP were 24% with dextromethorphan, 22% with tramadol, and 15% with diphenhydramine in urines that failed to be confirmed by GC-MS.[98]

Although a structural analog of PCP, there is a paucity of information on ketamine's cross-reactivity with PCP in the literature. Only 1 case report illustrates a false-positive PCP result after a 9-year-old boy received 400 mg of intramuscular ketamine for sedation before a magnetic resonance imaging scan.[100] Confirmatory test results were negative for PCP by GC-MS for this case. However, Weiner et al[190] reported negative PCP results on immunoassays in 3 patients with self-reported recent ketamine use. Further study is needed to assess ketamine's cross-reactivity with PCP due to increasing research and off-label use of ketamine to treat chronic pain and to rapidly reverse depression. Furthermore, new dosage formulations such as transmucosal, intranasal, and oral administrations of ketamine are currently in research and development and may result in increased use in the future.[191-193] Clinicians should inquire about ketamine usage in the presence of positive PCP results.

Medications that are not structurally similar to PCP that have been reported to cause false-positive PCP results on UDTs include venlafaxine and lamotrigine. Venlafaxine, a widely used antidepressant, has frequently produced false-positive results for PCP in urine assays both in standard and in overdose situations.[91,99] It is hypothesized that combined concentrations of venlafaxine and its metabolite, O-desmethylvenlafaxine, cause this cross-reactivity.

Lamotrigine, an anticonvulsant and mood stabilizer, is commonly listed as an agent to elicit a false-positive PCP result in UDT. However, only 1 case series correlates lamotrigine with false-positive results in 2 patients using Bio-Rad TOX/See Urine Toxicology screen.[92] In this case series, clinical history was used to rule out PCP use and no confirmatory testing was conducted. Further research is needed to clarify false-positive lamotrigine results on PCP rapid UDT.

A new drug of abuse, methylendioxyprovalerone (MDPV), a synthetic cathinone structurally similar to amphetamines and commonly referred to as "bath salts," has been found to cross-react with PCP on UDTs.[97] Several case reports noted an increased reactivity of PCP on urine immunoassays and negative confirmatory results in patients reporting recent bath salt ingestion. Macher and Penders[194] conducted a study in which MDPV was added to control urine and tested on the Synchron system. All urine samples tested positive for PCP with MDPV concentrations greater than 0.0031 mg/mL. Macher et al also examined mephedrone (4-methyl metcathinone) and no positive results for PCP were seen.[194]

Other medications reported to cause false-positive results for PCP are listed in Table 4.

### Designer Drugs and Herbal Drugs of Abuse

Synthetic drugs, such as synthetic cathinones and synthetic cannabinoids, have become popular drugs of abuse especially among adolescents and young adults. In addition, herbal products, including *Salvia divinorum*, are popular. Once viewed as "legal highs," these drugs were readily available in head shops and gas stations and on the Internet. These agents became popular among people seeking a high due to their ability to avoid detection on UDT.

Drug testing for these agents can be challenging because of continual changes in synthetic compounds and an increasing number of newer substances. Testing for synthetic cathinones and cannabinoids is discussed in further detail. Salvia is briefly reviewed.

**Synthetic Cathinones.** Cathinones are naturally found in *Catha edulis* plant leaves, also known as khat. Khat is found in parts of Africa and has been known to have stimulant effects similar to those of cocaine, amphetamine, or 3,4-methylenedioxy-N-methylamphetamine

("ecstasy").[195] Cathinones have dopaminergic activities to increase dopamine levels beyond the effects produced by stimulant drugs.[196-198] Three of the most common compounds in bath salts are mephedrone, methylone, and MDPV (3,4-methylenedioxypyrovalerone). They either stimulate release of dopamine directly (mephedrone) or inhibit the reuptake of dopamine (methylone, MDPV).[199]

Bath salts, sometimes known as plant food, are synthetic cathinones that have gained popularity over the last 5 years. They are labeled "not for human consumption" to mask their intended purpose and avoid FDA regulatory oversight of the manufacturing process.[200] In 2011, the Drug Enforcement Administration added bath salts to its list of Schedule I substances in an attempt to curb manufacturing and distribution.[195] Unfortunately, new synthetic analogs used to manufacture bath salts are being constantly identified and make enforcement of laws difficult. Common product names that contain bath salts include Bliss, Cloud Nine, Vanilla Sky, and Zoom. Bath salts can be consumed by insufflation (snorting), ingestion, injection (intramuscular, intravenous), inhalation, or smoking, or taken sublingually or rectally.[201] Concentration of synthetic cathinones in the blood can vary depending on the method of administration.

An attractive marketing tool for these products is the claim that these products cannot be detected in routine drug screens. The fatal concentration of the drug in the blood has been reported to be approximately 400 ng/mL[199] based on postmortem data; however, the concentrations of the drug in the blood among fatal cases have varied for the 3 cathinone compounds ranging from 17 to 3300 ng/mL.[202,203] The parent cathinones are excreted rapidly in urine and are easily detected in biological materials. The elimination half-life in urine is approximately 12 hours and the excreted amount in urine can be influenced by urinary pH.[204]

There have been attempts at detecting synthetic cathinones in urine,[205,206] but the results have not been positive. Validation studies for the Randox Drugs of Abuse V biochip immunoassay, containing antibodies for mephedrone/methcathinone and 3'4'-methylenedioxypyrovalerone (MDPV)/ 3'4'-methylenedioxy-alpha-pyrrolidinobutiophenone, have been conducted.[205] The study showed that concentrations for mephedrone and MDPV were below acceptable criteria and had high negative percent bias. Of note, MDPV has been reported to cause false-positive results for PCP.[97] In the future, detection of specific cathinones will require higher specificity methods such as high-resolution, mass spectrometry.

**Synthetic Cannabinoids.** Synthetic cannabinoids are high potency, full cannabinoid receptor agonists at the $CB_1$ and $CB_2$ receptors compared with THC, which is a weak partial agonist at cannabinoid receptors.[207,208] JWH-018 is one of the most commonly abused synthetic cannabinoids found in products.[209] Other popular synthetic cannabinoid compounds include JWH-073, JWH-200, JWH-250, and CP-47,497 although hundreds of different synthetic cannabinoids exist.[210,211]

"Spice" or "K2" is a herbal blend of dried plant materials sprayed with synthetic cannabinoids. These products are typically sold as incense labeled "not for human consumption" to disguise their intended purpose and circumvent FDA oversight[200]; however, they are usually smoked by users to experience an extreme "high" believed to be more potent than marijuana.[212] Use of these products has grown in popularity since 2009 and is often perceived as safe and legal. In 2012, the Monitoring for the Future Study found that synthetic cannabinoids were the second most abused illegal substance behind marijuana among adolescents.[213] Synthetic cannabinoid use appeals to substance abusers for their inability to be detected for cannabis on UDTs.[214]

In July 2012, the Synthetic Drug Abuse Prevention Act was passed, making 5 structural classes of synthetic cannabinoid and their analogs a schedule 1 substance.[215] Additional synthetic cannabinoids were temporarily scheduled in 2013 and 2014.[216] Unfortunately, once a new synthetic cannabinoid becomes a controlled substance, illicit drug manufacturers promptly design new formulations in attempts to evade drug enforcement laws.

Several immunoassays and POCT have been developed to detect synthetic cannabinoids.

However, the continual development of new synthetic cannabinoids makes it difficult to keep up with current trends and test for specific synthetic cannabinoids in the urine. Synthetic cannabinoids are extensively metabolized and little to no parent drug is found in the urine.[209] Most assays are designed to detect JWH-018 and JWH-073 metabolites although many synthetic cannabinoids share the same structural pathway, allowing for broader detection on UDT. Because most synthetic cannabinoids have similar metabolic pathways, it is difficult to identify the parent compound ingested.

Another challenge with urine testing of synthetic cannabinoids is standardization of a cutoff value. Currently, there is no acceptable cutoff value, but assays may range between 5 ng/mL and 25 ng/mL. Barnes et al[217] studied cross-reactivity and sensitivity of the National Medical Service JWH-018 direct Elisa Kit designed to detect major metabolites of JWH-018. Seventy-three synthetic cannabinoids were analyzed for cross-reactivity. Their study found significant cross-reactivity of metabolites of other synthetic cannabinoids, most specifically JWH-200, JWH-073 N-(3-hydroxybutyl), JWH-073 N-(4-hydroxybutyl), JWH-019 N-(6-hydroxyhexyl), and AM-2201 N-(hydroxypentyl). Using the 5 μg/L cutoff provided the best sensitivity and increasing to 10 μg/L increased false-negative results by 12%. Their analysis also found limitations in the ability to detect newer synthetic cannabinoid compounds such as PB-22, RCS-4, RCS-8, XRL-11, and AKB48.

In addition, Barnes et al[217] evaluated 93 common medications and metabolites (eg, drugs of abuse, metabolites, prescription and over-the-counter medication, and chemicals with structural similarities) for cross-reactivity on the ELISA test. No samples, including marijuana, cross-reacted with the assay. However, the point-of-care test by Express Diagnostic lab, designed to detect JWH-018 and JWH-073 metabolites, reported that lamotrigine will cause a false-positive for their assay and will need confirmation.[112]

Because of limited studies, it is unclear the length of time the synthetic cannabinoids will be detected in the urine after using the products. Laboratories that offer synthetic cannabinoids testing estimate 48 to 72 after last use.[13,15]

**Salvia.** The Salvia plant is a member of the mint family with more than 900 species available.[218] Most species are commonly available in nurseries and used for decorative landscaping. However, the species *Salvia divinorum* is known to produce psychogenic effects when smoked or ingested and is listed as a controlled substance in approximately 20 states.[219] Salvinorin A is the main psychoactive component of Salvia that produces hallucinogenic effects. Testing for Salvia in the urine is limited to GC-MS or LC-MS/MS.[220] Because of expense and complexity, Salvia is not routinely tested.

## OTHER AGENTS TESTED IN UDT

### Alcohol

Ethyl alcohol is rapidly absorbed, metabolized, and eliminated after oral ingestion. Urine drug screening of alcohol intake is infrequently used in clinical practice. Blood tests or hand-held breath devices are typically used in practice settings to assess alcohol intake. When testing for ethanol use is indicated, the alcohol metabolite ethylglucuronide (EtG) is preferred because it can be detected in urine for 2 to 5 days after alcohol intake.[221] Another metabolite ethyl sulfate may also be useful in detecting alcohol intake similarly to EtG although it is not used as frequently in POCTs. Incidental exposure to ethanol through hand sanitizers or mouthwash can produce positive UDT results. Using a ratio of EtG/ethyl sulfate may be useful in detecting alcohol intake versus incidental exposure.[222]

### Tricyclic Antidepressants

Tricyclic antidepressants (TCA) can be used to treat depression, anxiety, neuropathic pain, and other related disorders. Despite their efficacy in treating multiple disorders, TCA are second-line treatments for most psychiatric disorders. They exhibit low tolerability (dry mouth, blurred vision, constipation, urinary retention) and have a high risk for toxicity in overdose ingestions. TCA toxicity mainly induces coma, cardiac conduction abnormalities, and seizures. High serum concentrations due to intentional or unintentional overdoses of TCA can be fatal. TCAs are considered to be toxic at more than 450 ng/mL[223] and at 1000 ng/mL plasma levels.[224] One advantage of using TCA is the

ability to monitor serum levels to assess medication adherence and detect presence during overdose/toxic situations.

Because of its 3-ring structure, other structures that contain similar ring structures frequently cause false-positive results on TCA urine or serum immunoassays. It is important to measure both parent and metabolite concentrations of tertiary TCA (eg, amitriptyline and imipramine) when interpreting therapeutic or toxic levels of these drugs. Metabolites such as nortriptyline and desipramine are themselves used for therapeutic purposes and may be detected separately. Common culprits include carbamazepine, cyclobenzaprine, and quetiapine (Table 4). In the emergency setting, rapid point-of-care urine immunoassays are preferable to quickly determine the cause and initiate treatment. In a study that compared the qualitative point-of-care urine immunoassays with quantitative serum chromatographic analysis, 7 out of 20 positive drug screen results corresponded to therapeutic serum concentration, 7 were subtherapeutic, and 6 were supratherapeutic or toxic.[225] This study showed the value of using quantitative serum chromatographic results versus qualitative point-of-care urine screens. It should be noted that clomipramine was positive in only 50% of patients using the Syva Rapid Test (Syva) and consistently negative using the Biosite Triage (Biosite) TOX urine assay. Most of the clomipramine dose in the urine is due to the 8-hydroxylated and glucuronidated metabolites and can trigger a positive immunoassay in the urine.[226] Clinicians should be aware that negative clomipramine results on a urine assay may fail to fully inform about clomipramine use.

## CONCLUSION
Urine drug tests can be one of many valuable tools for clinicians in assessing unexplained toxic symptoms, monitoring adherence, treating patients with addiction, and prescribing controlled substances. However, it is important that clinicians have an appropriate understanding of UDT to minimize misinterpretation. Incorrect interpretation can result in legal consequences, unemployment, medications that are unwarranted, and possible dismissal from one's health care practice or school. Clinicians need to understand that

initial testing from immunoassays offers presumptive results that can be confounded with potential false-positive and false-negative results. Moreover, providers need to be aware of cutoff limits used in UDT and decide whether lower cutoff levels are necessary. If necessary for clinical decision making, confirmatory testing with GC-MS and LC-MS/MS should be ordered to identify specific substances. Results of UDTs should be discussed with each patient and decision making surrounding UDT values should include a multidisciplinary team as well as the patient. Because of the complex nature of result interpretation and test ordering, it is critical that a close working relationship be established with the laboratory. Clinicians should be encouraged to discuss these issues with laboratory directors.

**Abbreviations and Acronyms: 6-MAM** = 6-monoacetylmorphine; **CNS** = central nervous system; **DMAA** = dimethylamylamine; **EtG** = ethyglucuronide; **ELISA** = enzyme-linked immunosorbent assay; **FDA** = Food and Drug Administration; **GC-MS** = gas chromatography/mass spectrometry; **LC-MS/MS** = liquid chromatography/tandem mass spectrometry; **MDPV** = methylendioxyprovalerone; **NSAID** = nonsteroidal anti-inflammatory drug; **POCT** = point-of-care testing; **PCP** = phencyclidine; **PPI** = proton pump inhibitor; **TCA** = tricyclic antidepressant; **THC** = tetrahydrocannabinol; **THCV** = $\Delta^9$-tetrahydroccanbivarin; **UDT** = urine drug test

**Correspondence:** Address to Karen E. Moeller, PharmD, BCPP, University of Kansas School of Pharmacy, Mailstop 4047, 3901 Rainbow Blvd, Lawrence, Kansas City, KS 66160 (kmoeller@kumc.edu).

## REFERENCES
1. Substance Abuse and Mental Health Services Administration. *Behavioral Health Trends in the United States: Results from the 2014 National Survey on Drug Use and Health.* Rockville, MD: Substance Abuse and Mental Health Services Administration; 2015. HHS Publication (SMA) 15-4927. http://www.samhsa.gov/data/sites/default/files/NSDUH-FRR1-2014/NSDUH-FRR1-2014.pdf. Accessed October 16, 2016.
2. Reisfield GM, Webb FJ, Bertholf RL, Sloan PA, Wilson GR. Family physicians' proficiency in urine drug test interpretation. *J Opioid Manag.* 2007;3(6):333-337.
3. Reisfield GM, Bertholf R, Barkin RL, Webb F, Wilson G. Urine drug test interpretation: what do physicians know? *J Opioid Manag.* 2007;3(2):80-86.
4. Substance Abuse and Mental Health Services Administration. *Clinical Drug Testing in Primary Care.* Rockville, MD: Substance Abuse and Mental Health Services Administration; 2012. HHS Publication (SMA) 12-4668. https://store.samhsa.gov/shin/content/SMA12-4668/SMA12-4668.pdf. Accessed October 12, 2016.
5. Armbruster DA, Schwarzhoff RH, Hubster EC, Liserio MK. Enzyme immunoassay, kinetic microparticle immunoassay, radioimmunoassay, and fluorescence polarization

immunoassay compared for drugs-of-abuse screening. *Clin Chem.* 1993;39(10):2137-2146.

6. Nichols JH, Christenson RH, Clarke W, et al; National Academy of Clinical Biochemistry. Executive summary. The National Academy of Clinical Biochemistry Laboratory Medicine Practice Guideline: evidence-based practice for point-of-care testing. *Clin Chim Acta.* 2007;379(1-2):14-28; discussion 29-30.

7. Mandatory guidelines for federal workplace drug testing programs. *Fed Regist.* 2008;73(228):71858-71907.

8. Luzzi VI, Saunders AN, Koenig JW, et al. Analytic performance of immunoassays for drugs of abuse below established cutoff values. *Clin Chem.* 2004;50(4):717-722.

9. Council on Scientific Affairs. Scientific issues in drug testing. *JAMA.* 1987;257(22):3110-3114.

10. Heit HA, Gourlay DL. Urine drug testing in pain medicine. *J Pain Symptom Manage.* 2004;27(3):260-267.

11. Inaba DS, Cohen WE. *Uppers, Downers, All Arounders. Physical and Mental Effects of Psychoactive Drugs.* 8th ed. Medford, OR: CNS Publications, Inc; 2014.

12. Moeller KE, Lee KC, Kissack JC. Urine drug screening: practical guide for clinicians. *Mayo Clin Proc.* 2008;83(1):66-76.

13. NMS Labs Synthetic Cannabinoids ELISA FAQ. NMS Labs website. http://www.nmslabs.com/services-forensic-K2-ELISA-FAQ. Accessed July 26, 2016.

14. Rosse RB, Deutsch LH, Deutsch SI. Medical assessment and laboratory testing in psychiatry. In: 7th ed. In: Sadock BJ, Sadock VA, eds. *Kaplan and Sadock's Comprehensive Textbook of Psychiatry.* , Vol 1. Philadelphia, PA: Lippincott Williams &Wilkins; 2000:732-755.

15. Synthetic cannabinoid testing—urine. Frequently asked questions. Redwood Toxicology Laboratory website. https://www.redwoodtoxicology.com/docs/services/3370_sc_faq.pdf. Accessed July 26, 2016.

16. Verstraete AG. Detection times of drugs of abuse in blood, urine, and oral fluid. *Ther Drug Monit.* 2004;26(2):200-205.

17. Woelfel JA. Drug abuse urine tests: false-positive results. *Pharmacist Lett/Prescribers Lett.* 2005;21(3):210314.

18. Casavant MJ. Urine drug screening in adolescents. *Pediatr Clin North Am.* 2002;49(2):317-327.

19. Hammett-Stabler CA, Pesce AJ, Cannon DJ. Urine drug screening in the medical setting. *Clin Chim Acta.* 2002; 315(1-2):125-135.

20. Warner A. Interference of common household chemicals in immunoassay methods for drugs of abuse. *Clin Chem.* 1989; 35(4):648-651.

21. Jaffee WB, Trucco E, Levy S, Weiss RD. Is this urine really negative? A systematic review of tampering methods in urine drug screening and testing. *J Subst Abuse Treat.* 2007;33(1):33-42.

22. Dasgupta A. The effects of adulterants and selected ingested compounds on drugs-of-abuse testing in urine. *Am J Clin Pathol.* 2007;128(3):491-503.

23. Langman LJ, Jannetto PJ, eds. Laboratory Medicine Practice Guidelines. Using Clinical Laboratory Tests to Monitor Drug Therapy in Pain Management Patients. Washington, DC: American Association for Clinical Chemistry, The National Academy of Clinical Biochemistry. https://www.aacc.org/~/media/practice-guidelines/pain-management/rough-draft-pain-management-lmpg-v6aacc.pdf?la=en. Accessed October 16, 2016.

24. Hawks RI, Chaign CN, eds. *Urine Testing for Drugs of Abuse.* Rockville, MD: Department of Health and Human Services, National Institute on Drug Abuse; 1986. NIDA Research Monograph 73. http://archives.drugabuse.gov/pdf/monographs/download73.html. Accessed October 12, 2016.

25. Cody JT. Precursor medications as a source of methamphetamine and/or amphetamine positive drug testing results. *J Occup Environ Med.* 2002;44(5):435-450.

26. Colbert DL. Possible explanation for trimethobenzamide cross-reaction in immunoassays of amphetamine/methamphetamine. *Clin Chem.* 1994;40(6):948-949.

27. Fenderson JL, Stratton AN, Domingo JS, Matthews GO, Tan CD. Amphetamine positive urine toxicology screen secondary to atomoxetine. *Case Rep Psychiatry.* 2013;2013: 381261.

28. Fucci N. False positive results for amphetamine in urine of a patient with diabetes mellitus. *Forensic Sci Int.* 2012; 223(1-3):e60.

29. Gilbert RB, Peng PI, Wong D. A labetalol metabolite with analytical characteristics resembling amphetamines. *J Anal Toxicol.* 1995;19(2):84-86.

30. Grinstead GF. Ranitidine and high concentrations of phenylpropanolamine cross react in the EMIT monoclonal amphetamine/methamphetamine assay. *Clin Chem.* 1989;35(9): 1998-1999.

31. Jones R, Klette K, Kuhlman JJ, et al. Trimethobenzamide cross-reacts in immunoassays of amphetamine/methamphetamine. *Clin Chem.* 1993;39(4):699-700.

32. Kaplan J, Shah P, Faley B, Siegel ME. Case reports of aripiprazole causing false-positive urine amphetamine drug screens in children. *Pediatrics.* 2015;136(6):e1625-e1628.

33. Kelly KL. Ranitidine cross-reactivity in the EMIT d.a.u. Monoclonal Amphetamine/Methamphetamine Assay. *Clin Chem.* 1990;36(7):1391-1392.

34. Levine BS, Caplan YH. Isometheptene cross reacts in the EMIT amphetamine assay. *Clin Chem.* 1987;33(7):1264-1265.

35. Liu L, Wheeler SE, Rymer JA, et al. Ranitidine interference with standard amphetamine immunoassay. *Clin Chim Acta.* 2015;438:307-308.

36. Manzi S, Law T, Shannon MW. Methylphenidate produces a false-positive urine amphetamine screen. *Pediatr Emerg Care.* 2002;18(5):401.

37. Melanson SE, Lee-Lewandrowski E, Griggs DA, Long WH, Flood JG. Reduced interference by phenothiazines in amphetamine drug of abuse immunoassays. *Arch Pathol Lab Med.* 2006;130(12):1834-1838.

38. Merigian KS, Browning R, Kellerman A. Doxepin causing false-positive urine test for amphetamine. *Ann Emerg Med.* 1993; 22(8):1370.

39. Merigian KS, Browning RG. Desipramine and amantadine causing false-positive urine test for amphetamine. *Ann Emerg Med.* 1993;22(12):1927-1928.

40. Nice A, Maturen A. False-positive urine amphetamine screen with ritodrine. *Clin Chem.* 1989;35(7):1542-1543.

41. Nixon AL, Long WH, Puopolo PR, Flood JG. Bupropion metabolites produce false-positive urine amphetamine results. *Clin Chem.* 1995;41(6, Pt 1):955-956.

42. Olsen KM, Gulliksen M, Christophersen AS. Metabolites of chlorpromazine and brompheniramine may cause false-positive urine amphetamine results with monoclonal EMIT d.a.u. immunoassay. *Clin Chem.* 1992;38(4):611-612.

43. Poklis A, Hall KV, Still J, Binder SR. Ranitidine interference with the monoclonal EMIT d.a.u. amphetamine/methamphetamine immunoassay. *J Anal Toxicol.* 1991;15(2):101-103.

44. Poklis A, Moore KA. Response of EMIT amphetamine immunoassays to urinary desoxyephedrine following Vicks inhaler use. *Ther Drug Monit.* 1995;17(1):89-94.

45. Roberge RJ, Luellen JR, Reed S. False-positive amphetamine screen following a trazodone overdose. *J Toxicol Clin Toxicol.* 2001;39(2):181-182.

46. Romberg RW, Needleman SB, Snyder JJ, Greedan A. Methamphetamine and amphetamine derived from the metabolism of selegiline. *J Forensic Sci.* 1995;40(6):1100-1102.

47. Stout PR, Klette KL, Horn CK. Evaluation of ephedrine, pseudoephedrine and phenylpropanolamine concentrations in human urine samples and a comparison of the specificity of DRI

amphetamines and Abuscreen online (KIMS) amphetamines screening immunoassays. *J Forensic Sci.* 2004;49(1):160-164.

48. Vorce SP, Holler JM, Cawrse BM, Magluilo J Jr. Dimethylamylamine: a drug causing positive immunoassay results for amphetamines. *J Anal Toxicol.* 2011;35(3):183-187.

49. Weintraub D, Linder MW. Amphetamine positive toxicology screen secondary to bupropion. *Depress Anxiety.* 2000;12(1): 53-54.

50. Yee LM, Wu D. False-positive amphetamine toxicology screen results in three pregnant women using labetalol. *Obstet Gynecol.* 2011;117(2, Pt 2):503-506.

51. *Daypro [package insert].* New York, NY: G. D. Searle LLC, Division of Pfizer Inc; 2016.

52. *Zoloft [package insert].* New York, NY: Roerig, a division of Pfizer Inc; 2014.

53. Blank A, Hellstern V, Schuster D, et al. Efavirenz treatment and false-positive results in benzodiazepine screening tests. *Clin Infect Dis.* 2009;48(12):1787-1789.

54. Fraser AD, Meatherall R. Comparative evaluation of five immunoassays for the analysis of alprazolam and triazolam metabolites in urine: effect of lowering the screening and GC-MS cut-off values. *J Anal Toxicol.* 1996;20(4): 217-223.

55. Fraser AD, Meatherall R. Improved cross-reactivity to alpha OH triazolam in the BMC CEDIA DAU urine benzodiazepine assay. *Ther Drug Monit.* 1998;20(3):331-334.

56. Lum G, Mushlin B, Farney L. False-positive rates for the qualitative analysis of urine benzodiazepines and metabolites with the reformulated Abbott Multigent reagents. *Clin Chem.* 2008; 54(1):220-221.

57. Meatherall R, Fraser AD. Comparison of four immunoassays for the detection of lorazepam in urine. *Ther Drug Monit.* 1998;20(6):673-675.

58. Nasky KM, Cowan GL, Knittel DR. False-positive urine screening for benzodiazepines: an association with sertraline? A two-year retrospective chart analysis. *Psychiatry (Edgmont).* 2009;6(7):36-39.

59. Roder CS, Heinrich T, Gehrig AK, Mikus G. Misleading results of screening for illicit drugs during efavirenz treatment. *AIDS.* 2007;21(10):1390-1391.

60. *Marinol [Package insert].* Chicago, IL: AbbVie Inc; 2016.

61. *Cesamet [Package insert].* Somerset, NJ: Meda Pharmaceuticals Inc; 2013.

62. Tests for drugs of abuse. *Med Lett Drugs Ther.* 2002;44(1137): 71-73.

63. Cotten SW, Duncan DL, Burch EA, Seashore CJ, Hammett-Stabler CA. Unexpected interference of baby wash products with a cannabinoid (THC) immunoassay. *Clin Biochem.* 2012; 45(9):605-609.

64. Felton D, Zitomersky N, Manzi S, Lightdale JR. 13-year-old girl with recurrent, episodic, persistent vomiting: out of the pot and into the fire. *Pediatrics.* 2015;135(4):e1060-e1063.

65. Fraser AD, Meatherall R. Lack of interference by nabilone in the EMIT d.a.u. cannabinoid assay, Abbott TDx cannabinoid assay, and a sensitive TLC assay for delta 9-THC-carboxylic acid. *J Anal Toxicol.* 1989;13(4):240.

66. la Porte CJ, Droste JA, Burger DM. False-positive results in urine drug screening in healthy volunteers participating in phase I studies with efavirenz and rifampin. *Ther Drug Monit.* 2006;28(2):286.

67. Oosthuizen NM, Laurens JB. Efavirenz interference in urine screening immunoassays for tetrahydrocannabinol. *Ann Clin Biochem.* 2012;49(Pt 2):194-196.

68. Rollins DE, Jennison TA, Jones G. Investigation of interference by nonsteroidal anti-inflammatory drugs in urine tests for abused drugs. *Clin Chem.* 1990;36(4):602-606.

69. Rossi S, Yaksh T, Bentley H, van den Brande G, Grant I, Ellis R. Characterization of interference with 6 commercial delta9-tetrahydrocannabinol immunoassays by efavirenz (glucuronide) in urine. *Clin Chem.* 2006;52(5):896-897.

70. Steinagle GC, Upfal M. Concentration of marijuana metabolites in the urine after ingestion of hemp seed tea. *J Occup Environ Med.* 1999;41(6):510-513.

71. De Giorgio F, Rossi SS, Rainio J, Chiarotti M. Cocaine found in a child's hair due to environmental exposure? *Int J Legal Med.* 2004;118(5):310-312.

72. Hickey K, Seliem R, Shields J, McKee A, Nichols JH. A positive drug test in the pain management patient: deception or herbal cross-reactivity? *Clin Chem.* 2002;48(6, Pt 1):958-960.

73. Mazor SS, Mycyk MB, Wills BK, Brace LD, Gussow L, Erickson T. Coca tea consumption causes positive urine cocaine assay. *Eur J Emerg Med.* 2006;13(6):340-341.

74. O'Neil MJ, Smith A, Heckelman PE, eds. *The Merck Index: An Encyclopedia of Chemicals, Drugs, and Biologicals.* 13th ed. Whitehouse Station, NJ: Merck Research Laboratories; 2001.

75. Baden LR, Horowitz G, Jacoby H, Eliopoulos GM. Quinolones and false-positive urine screening for opiates by immunoassay technology. *JAMA.* 2001;286(24):3115-3119.

76. Cooreman S, Deprez C, Martens F, Van Bocxlaer J, Croes K. A comprehensive LC-MS-based quantitative analysis of fentanyl-like drugs in plasma and urine. *J Sep Sci.* 2010; 33(17-18):2654-2662.

77. Daher R, Haidar JH, Al-Amin H. Rifampin interference with opiate immunoassays. *Clin Chem.* 2002;48(1):203-204.

78. de Paula M, Saiz LC, Gonzalez-Revalderia J, Pascual T, Alberola C, Miravalles E. Rifampicin causes false-positive immunoassay results for urine opiates. *Clin Chem Lab Med.* 1998;36(4):241-243.

79. Herrera P, Ortiz E, Tena T, Lora C. Presence of rifampicin in urine causes cross-reactivity with opiates using the KIMS method. *J Anal Toxicol.* 1995;19(3):200.

80. Kronstrand R, Selden TG, Josefsson M. Analysis of buprenorphine, norbuprenorphine, and their glucuronides in urine by liquid chromatography-mass spectrometry. *J Anal Toxicol.* 2003;27(7):464-470.

81. Lichtenwalner MR, Mencken T, Tully R, Petosa M. False-positive immunochemical screen for methadone attributable to metabolites of verapamil. *Clin Chem.* 1998;44(5):1039-1041.

82. Meatherall R, Dai J. False-positive EMIT II opiates from ofloxacin. *Ther Drug Monit.* 1997;19(1):98-99.

83. Rogers SC, Pruitt CW, Crouch DJ, Caravati EM. Rapid urine drug screens: diphenhydramine and methadone cross-reactivity. *Pediatr Emerg Care.* 2010;26(9):665-666.

84. Straley CM, Cecil EJ, Herriman MP. Gatifloxacin interference with opiate urine drug screen. *Pharmacotherapy.* 2006;26(3):435-439.

85. Struempler RE. Excretion of codeine and morphine following ingestion of poppy seeds. *J Anal Toxicol.* 1987;11(3):97-99.

86. Syed H, Som S, Khan N, Faltas W. Doxylamine toxicity: seizure, rhabdomyolysis and false positive urine drug screen for methadone. *BMJ Case Rep.* 2009;2009. http://dx.doi.org/10.1136/bcr.09.2008.0879:pii: bcr09.2008.0879. Epub 2009 Mar 17.

87. van As H, Stolk LM. Rifampicin cross-reacts with opiate immunoassay. *J Anal Toxicol.* 1999;23(1):71.

88. Vincent EC, Zebelman A, Goodwin C, Stephens MM. Clinical inquiries: what common substances can cause false positives on urine screens for drugs of abuse? *J Fam Pract.* 2006; 55(10):893-894, 897.

89. Wang G, Huynh K, Barhate R, et al. Development of a homogeneous immunoassay for the detection of fentanyl in urine. *Forensic Sci Int.* 2011;206(1-3):127-131.

90. Zebelman AM, Troyer BL, Randall GL, Batjer JD. Detection of morphine and codeine following consumption of poppy seeds. *J Anal Toxicol.* 1987;11(3):131-132.

91. Bond GR, Steele PE, Uges DR. Massive venlafaxine overdose resulted in a false positive Abbott AxSYM urine immunoassay for phencyclidine. *J Toxicol Clin Toxicol.* 2003;41(7): 999-1002.

92. Geraci MJ, Peele J, McCoy SL, Elias B. Phencyclidine false positive induced by lamotrigine (Lamictal(R)) on a rapid urine toxicology screen. *Int J Emerg Med.* 2010;3(4):327-331.

93. Gupta RC, Lu I, Oei GL, Lundberg GD. Determination of phencyclidine (PCP) in urine and illicit street drug samples. *Clin Toxicol.* 1975;8(6):611-621.

94. Hull MJ, Griggs D, Knoepp SM, Smogorzewska A, Nixon A, Flood JG. Postmortem urine immunoassay showing false-positive phencyclidine reactivity in a case of fatal tramadol overdose. *Am J Forensic Med Pathol.* 2006;27(4):359-362.

95. Khajawall AM, Simpson GM. Critical interpretation of urinary phencyclidine monitoring. *Adv Alcohol Subst Abuse.* 1984; 3(3):65-73.

96. Ly BT, Thornton SL, Buono C, Stone JA, Wu AH. False-positive urine phencyclidine immunoassay screen result caused by interference by tramadol and its metabolites. *Ann Emerg Med.* 2012;59(6):545-547.

97. Penders TM, Gestring RE, Vilensky DA. Intoxication delirium following use of synthetic cathinone derivatives. *Am J Drug Alcohol Abuse.* 2012;38(6):616-617.

98. Rengarajan A, Mullins ME. How often do false-positive phencyclidine urine screens occur with use of common medications? *Clin Toxicol (Phila).* 2013;51(6):493-496.

99. Sena SF, Kazimi S, Wu AH. False-positive phencyclidine immunoassay results caused by venlafaxine and O-desmethylvenlafaxine. *Clin Chem.* 2002;48(4):676-677.

100. Shannon M. Recent ketamine administration can produce a urine toxic screen which is falsely positive for phencyclidine. *Pediatr Emerg Care.* 1998;14(2):180.

101. Al-Mateen CS, Wolf CE II. Falsely elevated imipramine levels in a patient taking quetiapine. *J Am Acad Child Adolesc Psychiatry.* 2002;41(1):5-6.

102. Chatterguon DS, Verjee Z, Anderson M, et al. Carbamazepine interference with an immune assay for tricyclic antidepressants in plasma. *J Toxicol Clin Toxicol.* 1998;36(1-2):109-113.

103. Dasgupta A, Wells A, Datta P. False-positive serum tricyclic antidepressant concentrations using fluorescence polarization immunoassay due to the presence of hydroxyzine and cetirizine. *Ther Drug Monit.* 2007;29(1):134-139.

104. Fleischman A, Chiang VW. Carbamazepine overdose recognized by a tricyclic antidepressant assay. *Pediatrics.* 2001; 107(1):176-177.

105. Matos ME, Burns MM, Shannon MW. False-positive tricyclic antidepressant drug screen results leading to the diagnosis of carbamazepine intoxication. *Pediatrics.* 2000;105(5):E66.

106. Schussler JM, Juenke JM, Schussler I. Quetiapine and falsely elevated nortriptyline level. *Am J Psychiatry.* 2003;160(3):589.

107. Sloan KL, Haver VM, Saxon AJ. Quetiapine and false-positive urine drug testing for tricyclic antidepressants. *Am J Psychiatry.* 2000;157(1):148-149.

108. Sorisky A, Watson DC. Positive diphenhydramine interference in the EMIT-st assay for tricyclic antidepressants in serum. *Clin Chem.* 1986;32(4):715.

109. Van Hoey NM. Effect of cyclobenzaprine on tricyclic antidepressant assays. *Ann Pharmacother.* 2005;39(7-8):1314-1317.

110. Wians FH Jr, Norton JT, Wirebaugh SR. False-positive serum tricyclic antidepressant screen with cyproheptadine. *Clin Chem.* 1993;39(6):1355-1356.

111. Yuan CM, Spandorfer PR, Miller SL, Henretig FM, Shaw LM. Evaluation of tricyclic antidepressant false positivity in a pediatric case of cyproheptadine (periactin) overdose. *Ther Drug Monit.* 2003;25(3):299-304.

112. *DrugCheck® K2/Spice Test [package insert].* Blue Earth, MN: Express Diagnostic Int'l Inc; 2012.

113. Substance Abuse and Mental Health Services Administration. *Results from the 2013 National Survey on Drug Use and Health: Summary of National Findings.* Rockville, MD: Substance Abuse and Mental Health Services Administration; 2014. HHS Publication (SMA) 14-4863. http://www.samhsa.gov/data/sites/default/files/NSDUHresultsPDFWHTML2013/Web/NSDUHresults2013.pdf. Accessed October 12, 2016.

114. National Institute on Drug Abuse. *Marijuana.* Bethesda, MD: National Institute on Drug Abuse; 2014:NIH publication

15-3859. http://www.drugabuse.gov/sites/default/files/mjrrs_3.pdf. Accessed October 12, 2016.

115. 28 legal medical marijuana states and DC: laws, fees, and possession limits. ProCon.org website. http://medicalmarijuana.procon.org/view.resource.php?resourceID=000881. Accessed November 18, 2016.

116. State marijuana laws in 2016 map. Governing website. http://www.governing.com/gov-data/state-marijuana-laws-map-medical-recreational.html. Accessed November 19, 2016.

117. Centers for Disease Control and Prevention. Inadvertent ingestion of marijuana—Los Angeles, California, 2009. *MMWR Morb Mortal Wkly Rep.* 2009;58(34):947-950.

118. Ellis GM Jr, Mann MA, Judson BA, Schramm NT, Tashchian A. Excretion patterns of cannabinoid metabolites after last use in a group of chronic users. *Clin Pharmacol Ther.* 1985;38(5): 572-578.

119. Dackis CA, Pottash AL, Annitto W, Gold MS. Persistence of urinary marijuana levels after supervised abstinence. *Am J Psychiatry.* 1982;139(9):1196-1198.

120. Hollister LE, Kanter SL. Laboratory verification of "heavy" and "light" users of cannabis. *Drug Alcohol Depend.* 1980; 5(2):151-152.

121. Lowe RH, Abraham TT, Darwin WD, Herning R, Cadet JL, Huestis MA. Extended urinary delta9-tetrahydrocannabinol excretion in chronic cannabis users precludes use as a biomarker of new drug exposure. *Drug Alcohol Depend.* 2009;105(1-2):24-32.

122. Manno JE, Manno BR, Kemp PM, et al. Temporal indication of marijuana use can be estimated from plasma and urine concentrations of delta9-tetrahydrocannabinol, 11-hydroxy-delta9-tetrahydrocannabinol, and 11-nor-delta9-tetrahydrocannabinol-9-carboxylic acid. *J Anal Toxicol.* 2001;25(7):538-549.

123. Lacey J, Brainard K, Snitow S. *Drug Per Se Laws: A Review of Their Use in States.* Washington, DC: US Department of Transportation, National Highway Traffic Safety Administration; 2010. DOT HS 811 317. http://www.nhtsa.gov/staticfiles/nti/impaired_driving/pdf/811317.pdf. Accessed October 12, 2016.

124. Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids, I: absorption of THC and formation of 11-OH-THC and THCCOOH during and after smoking marijuana. *J Anal Toxicol.* 1992;16(5):276-282.

125. Bergamaschi MM, Karschner EL, Goodwin RS, et al. Impact of prolonged cannabinoid excretion in chronic daily cannabis smokers' blood on per se drugged driving laws. *Clin Chem.* 2013;59(3):519-526.

126. Levin FR, Mariani JJ, Brooks DJ, Xie S, Murray KA. Delta9-tetrahydrocannabivarin testing may not have the sensitivity to detect marijuana use among individuals ingesting dronabinol. *Drug Alcohol Depend.* 2010;106(1):65-68.

127. *Protonix Delayed-Release [package insert].* Philadelphia, PA: Wyeth Pharmaceuticals Inc, a subsidiary of Pfizer Inc; 2014.

128. Mulé SJ, Lomax P, Gross SJ. Active and realistic passive marijuana exposure tested by three immunoassays and GC/MS in urine. *J Anal Toxicol.* 1988;12(3):113-116.

129. Perez-Reyes M, Di Guiseppi S, Mason AP, Davis KH. Passive inhalation of marihuana smoke and urinary excretion of cannabinoids. *Clin Pharmacol Ther.* 1983;34(1):36-41.

130. Cone EJ, Johnson RE, Darwin WD, et al. Passive inhalation of marijuana smoke: urinalysis and room air levels of delta-9-tetrahydrocannabinol. *J Anal Toxicol.* 1987;11(3):89-96.

131. ElSohly MA, Mehmedic Z, Foster S, Gon C, Chandra S, Church JC. Changes in cannabis potency over the last 2 decades (1995-2014): analysis of current data in the United States. *Biol Psychiatry.* 2016;79(7):613-619.

132. ElSohly MA, Ross SA, Mehmedic Z, Arafat R, Yi B, Banahan BF III. Potency trends of delta9-THC and other cannabinoids in confiscated marijuana from 1980-1997. *J Forensic Sci.* 2000;45(1):24-30.

133. Cone EJ, Bigelow GE, Herrmann ES, et al. Non-smoker exposure to secondhand cannabis smoke, I: urine screening and confirmation results. *J Anal Toxicol.* 2015;39(1):1-12.

134. Herrmann ES, Cone EJ, Mitchell JM, et al. Non-smoker exposure to secondhand cannabis smoke, II: effect of room ventilation on the physiological, subjective, and behavioral/cognitive effects. *Drug Alcohol Depend.* 2015;151:194-202.

135. Trescot AM, Datta S, Lee M, Hansen H. Opioid pharmacology. *Pain Physician.* 2008;11(2 Suppl):S133-S153.

136. Peppin JF, Passik SD, Couto JE, et al. Recommendations for urine drug monitoring as a component of opioid therapy in the treatment of chronic pain. *Pain Med.* 2012;13(7):886-896.

137. Drug Enforcement Administration, Department of Justice. Schedule of controlled substances: placement of tramadol into schedule IV: final rule. *Fed Regist.* 2014;79(127):37623-37630. To be codified at 21 CFR Part 1308.14.

138. Drug Enforcement Administration, Department of Justice. Schedules of controlled substances: rescheduling of hydrocodone combination products from schedule III to schedule II. *Fed Regist.* 2014;79(163):49661-49682. To be codified at 21 CFR Part 1308.

139. Gourlay DL, Heit HA, Almahrezi A. Universal precautions in pain medicine: a rational approach to the treatment of chronic pain. *Pain Med.* 2005;6(2):107-112.

140. Passik SD, Kirsh KL, Whitcomb L, et al. A new tool to assess and document pain outcomes in chronic pain patients receiving opioid therapy. *Clin Ther.* 2004;26(4):552-561.

141. Smith HS. Opioid metabolism. *Mayo Clin Proc.* 2009;84(7):613-624.

142. Smith ML, Hughes RO, Levine B, Dickerson S, Darwin WD, Cone EJ. Forensic drug testing for opiates, VI: urine testing for hydromorphone, hydrocodone, oxymorphone, and oxycodone with commercial opiate immunoassays and gas chromatography-mass spectrometry. *J Anal Toxicol.* 1995; 19(1):18-26.

143. Melanson SE, Snyder ML, Jarolim P, Flood JG. A new highly specific buprenorphine immunoassay for monitoring buprenorphine compliance and abuse. *J Anal Toxicol.* 2012;36(3): 201-206.

144. Paul BD, Shimomura ET, Smith ML. A practical approach to determine cutoff concentrations for opiate testing with simultaneous detection of codeine, morphine, and 6-acetylmorphine in urine. *Clin Chem.* 1999;45(4):510-519.

145. Keary CJ, Wang Y, Moran JR, Zayas LV, Stern TA. Toxicologic testing for opiates: understanding false-positive and false-negative test results. *Prim Care Companion CNS Disord.* 2012; 14(4). http://dx.doi.org/10.4088/PCC.12f01371:pii: PCC. 12f01371. Epub 2012 Jul 26.

146. Cone EJ, Heit HA, Caplan YH, Gourlay D. Evidence of morphine metabolism to hydromorphone in pain patients chronically treated with morphine. *J Anal Toxicol.* 2006;30(1):1-5.

147. Chen YL, Hanson GD, Jiang X, Naidong W. Simultaneous determination of hydrocodone and hydromorphone in human plasma by liquid chromatography with tandem mass spectrometric detection. *J Chromatogr B Analyt Technol Biomed Life Sci.* 2002;769(1):55-64.

148. Oyler JM, Cone EJ, Joseph RE Jr, Huestis MA. Identification of hydrocodone in human urine following controlled codeine administration. *J Anal Toxicol.* 2000;24(7):530-535.

149. Cone EJ, Dickerson S, Paul BD, Mitchell JM. Forensic drug testing for opiates, V: urine testing for heroin, morphine, and codeine with commercial opiate immunoassays. *J Anal Toxicol.* 1993;17(3):156-164.

150. Critical issues in urinalysis of abused substances: report of the Substance-Abuse Testing Committee. *Clin Chem.* 1988;34(3): 605-632.

151. Cone EJ, Fant RV, Rohay JM, et al. Oxycodone involvement in drug abuse deaths: a DAWN-based classification scheme applied to an oxycodone postmortem database containing over 1000 cases. *J Anal Toxicol.* 2003;27(2):57-67; discussion 67.

152. Samer CF, Daali Y, Wagner M, et al. Genetic polymorphisms and drug interactions modulating CYP2D6 and CYP3A activities have a major effect on oxycodone analgesic efficacy and safety. *Br J Pharmacol.* 2010;160(4):919-930.

153. Yee DA, Best BM, Atayee RS, Pesce AJ. Observations on the urine metabolic ratio of oxymorphone to oxycodone in pain patients. *J Anal Toxicol.* 2012;36(4):232-238.

154. White RM, Black ML. *Pain Management Testing Reference.* Washington, DC: AAAC Press; 2007.

155. Chang KC, Huang CL, Liang HY, et al. Gender-specific differences in susceptibility to low-dose methadone-associated QTc prolongation in patients with heroin dependence. *J Cardiovasc Electrophysiol.* 2012;23(5):527-533.

156. Shaiova L, Berger A, Blinderman CD, et al. Consensus guideline on parenteral methadone use in pain and palliative care. *Palliat Support Care.* 2008;6(2):165-176.

157. Galloway FR, Bellet NF. Methadone conversion to EDDP during GC-MS analysis of urine samples. *J Anal Toxicol.* 1999;23(7): 615-619.

158. Methadone/EDDP homogeneous enzyme immunoassay (HEIA™). Immunolysis Corporation website. http://immunalysis. com/wp-content/uploads/2014/05/06_MKT-1002-Methadone-EDDP-Factsheet-Ver-B-Final.pdf. Accessed October 16, 2016.

159. Alonso-Zaldivar R. FDA renews warning for powerful painkiller patch—the agency says the drug has been misused and wrongly prescribed. *Los Angeles Times.* 2007. http:// articles.latimes.com/2007/dec/22/nation/na-patch22. Accessed October 16, 2016.

160. US Food and Drug Administration. *Information for Healthcare Professionals: Fentanyl Transdermal System.* http://www.fda.gov/ Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatien tsandProviders/ucm125844.htm. Published July 15, 2015. Accessed October 16, 2016.

161. Cole JM, Best BM, Pesce AJ. Variability of transdermal fentanyl metabolism and excretion in pain patients. *J Opioid Manag.* 2010;6(1):29-39.

162. Grond S, Sablotzki A. Clinical pharmacology of tramadol. *Clin Pharmacokinet.* 2004;43(13):879-923.

163. El-Sayed AA, Mohamed KM, Nasser AY, Button J, Holt DW. Simultaneous determination of tramadol, O-desmethyltramadol and N-desmethyltramadol in human urine by gas chromatography-mass spectrometry. *J Chromatogr B Analyt Technol Biomed Life Sci.* 2013;926:9-15.

164. Perry PJ, Alexander B, Liskow BI, DeVane CL. *Psychotropic Drug Handbook.* 8th ed. Baltimore, MD: Lippincott Williams & Wilkins; 2007.

165. Jann M, Kennedy WK, Lopez G. Benzodiazepines: a major component in unintentional prescription drug overdoses with opioid analgesics. *J Pharm Pract.* 2014;27(1):5-16.

166. elSohly MA, Feng S, Salamone SJ, Wu R. A sensitive GC-MS procedure for the analysis of flunitrazepam and its metabolites in urine. *J Anal Toxicol.* 1997;21(5):335-340.

167. Lee DC. Sedative-hypnotics. In: Hoffman RS, Howland M, Lewin NA, Nelson LS, Goldfrank LR, eds. *Goldfrank's Toxicologic Emergencies, 10e.* New York, NY: McGraw-Hill; 2015. http://accesspharmacy.mhmedical.com/book.aspx?bookid=1163. Accessed October 16, 2016.

168. Trevor AJ. Sedative-hypnotic drugs. In: Katzung BG, Trevor AJ, eds. *Basic & Clinical Pharmacology, 13e.* New York, NY: McGraw-Hill; 2015. http://accesspharmacy.mhmedical.com/ content.aspx?bookid=1193&Sectionid=69106765. Accessed October 19, 2016.

169. Meatherall R. Benzodiazepine screening using EMIT II and TDx: urine hydrolysis pretreatment required. *J Anal Toxicol.* 1994;18(7):385-390.

170. Meatherall R. Optimal enzymatic hydrolysis of urinary benzodiazepine conjugates. *J Anal Toxicol.* 1994;18(7):382-384.

Mayo Clin Proc. ▪ May 2017;92(5):774-796 ▪ http://dx.doi.org/10.1016/j.mayocp.2016.12.007
www.mayoclinicproceedings.org

171. Meatherall RC, Fraser AD. CEDIA dau Benzodiazepine screening assay: a reformulation. *J Anal Toxicol*. 1998;22(4):270-273.

172. West R, Pesce A, West C, et al. Comparison of clonazepam compliance by measurement of urinary concentration by immunoassay and LC-MS/MS in pain management population. *Pain Physician*. 2010;13(1):71-78.

173. Eskridge KD, Guthrie SK. Clinical issues associated with urine testing of substances of abuse. *Pharmacotherapy*. 1997;17(3):497-510.

174. Kronstrand R, Andersson MC, Ahlner J, Larson G. Incorporation of selegiline metabolites into hair after oral selegiline intake. *J Anal Toxicol*. 2001;25(7):594-601.

175. Smith ML, Nichols DC, Underwood P, et al. Methamphetamine and amphetamine isomer concentrations in human urine following controlled Vicks VapoInhaler administration. *J Anal Toxicol*. 2014;38(8):524-527.

176. Schaeffer T. Abuse-deterrent formulations, an evolving technology against the abuse and misuse of opioid analgesics. *J Med Toxicol*. 2012;8(4):400-407.

177. Cohen PA. A false sense of security? The U.S. Food and Drug Administration's framework for evaluating new supplement ingredients. *Antioxid Redox Signal*. 2012;16(5):458-460.

178. Eliason MJ, Eichner A, Cancio A, Bestervelt L, Adams BD, Deuster PA. Case reports: death of active duty soldiers following ingestion of dietary supplements containing 1, 3-dimethylamylamine (DMAA). *Mil Med*. 2012;177(12):1455-1459.

179. Gee P, Tallon C, Long N, Moore G, Boet R, Jackson S. Use of recreational drug 1,3 dimethylamylamine (DMAA) [corrected] associated with cerebral hemorrhage. *Ann Emerg Med*. 2012;60(4):431-434.

180. Goldstein RA, DesLauriers C, Burda A, Johnson-Arbor K. Cocaine: history, social implications, and toxicity: a review. *Semin Diagn Pathol*. 2009;26(1):10-17.

181. Rapuri SB, Ramaswamy S, Madan V, Rasimas JJ, Krahn LE. 'Weed'out false-positive urine drug screens: table of possible false positives. *Current Psychiatry*. 2006;5(8):107-110.

182. Reisfield GM, Haddad J, Wilson GR, et al. Failure of amoxicillin to produce false-positive urine screens for cocaine metabolite. *J Anal Toxicol*. 2008;32(4):315-318.

183. Jacobson DM, Berg R, Grinstead GF, Kruse JR. Duration of positive urine for cocaine metabolite after ophthalmic administration: implications for testing patients with suspected Horner syndrome using ophthalmic cocaine. *Am J Ophthalmol*. 2001;131(6):742-747.

184. Dasgupta A. *Beating Drug Tests and Defending Positive Results: A Toxicologist's Perspective*. New York, NY: Humana Press; 2010.

185. Substance Abuse and Mental Health Services Administration. *The DAWN Report: Emergency Department Visits Involving Phencyclidine (PCP)*. Rockville, MD: Substance Abuse and Mental Health Services Administration, Center for Behavioral Health Statistics and Quality; 2014. http://www.samhsa.gov/data/sites/default/files/DAWN143/DAWN143/sr143-emergency-phencyclidine-2013.pdf. Accessed October 12, 2016.

186. Modesto-Lowe V, Petry NM. Recognizing and managing "illy" intoxication. *Psychiatr Serv*. 2001;52(12):1660.

187. Peters RJ Jr, Williams M, Ross MW, Atkinson J, McCurdy SA. The use of fry (embalming fluid and PCP-laced cigarettes or marijuana sticks) among crack cocaine smokers. *J Drug Educ*. 2008;38(3):285-295.

188. Peters RJ Jr, Kelder SH, Meshack A, Yacoubian GS Jr, McCrimmons D, Ellis A. Beliefs and social norms about cigarettes or marijuana sticks laced with embalming fluid and phencyclidine (PCP): why youth use "Fry". *Subst Use Misuse*. 2005;40(4):563-571.

189. Olmedo RE. Phencyclidine and ketamine. In: Hoffman RS, Howland M, Lewin NA, Nelson LS, Goldfrank LR, eds. *Goldfrank's Toxicologic Emergencies*, 10e. New York, NY: McGraw-Hill; 2015. http://accesspharmacy.mhmedical.com/book.aspx?bookid=1163. Accessed October 16, 2016.

190. Weiner AL, Vieira L, McKay CA, Bayer MJ. Ketamine abusers presenting to the emergency department: a case series. *J Emerg Med*. 2000;18(4):447-451.

191. Andrade C. Intranasal drug delivery in neuropsychiatry: focus on intranasal ketamine for refractory depression. *J Clin Psychiatry*. 2015;76(5):628-631.

192. Fanta S, Kinnunen M, Backman JT, Kalso E. Population pharmacokinetics of S-ketamine and norketamine in healthy volunteers after intravenous and oral dosing. *Eur J Clin Pharmacol*. 2015;71(4):441-447.

193. Nguyen L, Marshalek PJ, Weaver CB, Cramer KJ, Pollard SE, Matsumoto RR. Off-label use of transmucosal ketamine as a rapid-acting antidepressant: a retrospective chart review. *Neuropsychiatr Dis Treat*. 2015;11:2667-2673.

194. Macher AM, Penders TM. False-positive phencyclidine immunoassay results caused by 3,4-methylenedioxypyrovalerone (MDPV). *Drug Test Anal*. 2013;5(2):130-132.

195. Substance Abuse and Mental Health Services Administration. Spice, bath salts, and behavioral health. *Advisory*. 2014;13. Substance Abuse and Mental Health Services Administration website. http://store.samhsa.gov/shin/content/SMA14-4858/SMA14-4858.pdf. Accessed October 16, 2016.

196. Baumann MH, Partilla JS, Lehner KR. Psychoactive "bath salts": not so soothing. *Eur J Pharmacol*. 2013;698(1-3):1-5.

197. Cameron K, Kolanos R, Vekariya R, De Felice L, Glennon RA. Mephedrone and methylenedioxypyrovalerone (MDPV), major constituents of "bath salts," produce opposite effects at the human dopamine transporter. *Psychopharmacology (Berl)*. 2013;227(3):493-499.

198. Prosser JM, Nelson LS. The toxicology of bath salts: a review of synthetic cathinones. *J Med Toxicol*. 2012;8(1):33-42.

199. Wyman JF, Lavins ES, Engelhart D, et al. Postmortem tissue distribution of MDPV following lethal intoxication by "bath salts". *J Anal Toxicol*. 2013;37(3):182-185.

200. Office of National Drug Control Policy. *Fact Sheet: Synthetic Drugs*. Washington, DC: Office of National Drug Control Policy, Executive Office of the President; 2012. https://www.whitehouse.gov/sites/default/files/ondcp/Fact_Sheets/synthetic_drugs_fact_sheet_12-6-12.pdf. Accessed November 16, 2016.

201. McGraw MM. Is your patient high on "bath salts"? *Nursing*. 2012;42(1):26-32; quiz 32-33.

202. Adamowicz P, Gil D, Skulska A, Tokarczyk B. Analysis of MDPV in blood—determination and interpretation. *J Anal Toxicol*. 2013;37(5):308-312.

203. Pearson JM, Hargraves TL, Hair LS, et al. Three fatal intoxications due to methylone. *J Anal Toxicol*. 2012;36(6):444-451.

204. Namera A, Konuma K, Kawamura M, et al. Time-course profile of urinary excretion of intravenously administered alpha-pyrrolidinovalerophenone and alpha-pyrrolidino-butiophenone in a human. *Forensic Toxicol*. 2014;32(1):68-74.

205. Ellefsen KN, Anizan S, Castaneto MS, et al. Validation of the only commercially available immunoassay for synthetic cathinones in urine: Randox Drugs of Abuse V Biochip Array Technology. *Drug Test Anal*. 2014;6(7-8):728-738.

206. Swortwood MJ, Boland DM, DeCaprio AP. Determination of 32 cathinone derivatives and other designer drugs in serum by comprehensive LC-QQQ-MS/MS analysis. *Anal Bioanal Chem*. 2013;405(4):1383-1397.

207. Atwood BK, Huffman J, Straiker A, Mackie K. JWH018, a common constituent of 'Spice' herbal blends, is a potent and efficacious cannabinoid CB receptor agonist. *Br J Pharmacol*. 2010;160(3):585-593.

208. Huffman JW, Zengin G, Wu MJ, et al. Structure-activity relationships for 1-alkyl-3-(1-naphthoyl)indoles at the cannabinoid CB(1) and CB(2) receptors: steric and electronic effects of naphthoyl substituents: new highly selective CB(2) receptor agonists. *Bioorg Med Chem*. 2005;13(1):89-112.

209. Wohlfarth A, Scheidweiler KB, Castaneto M, et al. Urinary prevalence, metabolite detection rates, temporal patterns and evaluation of suitable LC-MS/MS targets to document synthetic cannabinoid intake in US military urine specimens. *Clin Chem Lab Med.* 2015;53(3):423-434.

210. Castaneto MS, Gorelick DA, Desrosiers NA, Hartman RL, Pirard S, Huestis MA. Synthetic cannabinoids: epidemiology, pharmacodynamics, and clinical implications. *Drug Alcohol Depend.* 2014;144:12-41.

211. Favretto D, Pascali JP, Tagliaro F. New challenges and innovation in forensic toxicology: focus on the "New Psychoactive Substances". *J Chromatogr A.* 2013;1287:84-95.

212. Wells DL, Ott CA. The "new" marijuana. *Ann Pharmacother.* 2011;45(3):414-417.

213. Johnston LD, O'Malley PM, Miech RA, Bachman JG, Schulenberg JE. *Monitoring the Future: National Survey Results on Drug Use, 1975-2015: Overview, Key Findings on Adolescent Drug Use.* Ann Arbor, MI: Institute for Social Research, the University of Michigan; 2016. http://www.monitoringthefuture.org/pubs/monographs/mtf-overview2015.pdf. Accessed October 12, 2016.

214. Spaderna M, Addy PH, D'Souza DC. Spicing things up: synthetic cannabinoids. *Psychopharmacology (Berl).* 2013;228(4):525-540.

215. Synthetic Drug Abuse Prevention Act of 2012, 21 USC §§801 note, 811, 812 2012.

216. Sacco LN, Finklea K. Synthetic drugs: overview and issues for Congress*. J Drug Addict Educ Erad.* 2012;8(4):197-211.

217. Barnes AJ, Spinelli E, Young S, Martin TM, Kleete KL, Huestis MA. Validation of an ELISA synthetic cannabinoids urine assay. *Ther Drug Monit.* 2015;37(5):661-669.

218. Walker JB, Sytsma KJ, Treutlein J, Wink M. Salvia (Lamiaceae) is not monophyletic: implications for the systematics, radiation, and ecological specializations of Salvia and tribe Mentheae. *Am J Bot.* 2004;91(7):1115-1125.

219. Rech MA, Donahey E, Cappiello Dziedzic JM, Oh L, Greenhalgh E. New drugs of abuse. *Pharmacotherapy.* 2015; 35(2):189-197.

220. McDonough PC, Holler JM, Vorce SP, Bosy TZ, Magluilo J Jr, Past MR. The detection and quantitative analysis of the psychoactive component of Salvia divinorum, salvinorin A, in human biological fluids using liquid chromatography-mass spectrometry. *J Anal Toxicol.* 2008;32(6):417-421.

221. Leickly E, McDonell MG, Vilardaga R, et al. High levels of agreement between clinic-based ethyl glucuronide (EtG) immunoassays and laboratory-based mass spectrometry. *Am J Drug Alcohol Abuse.* 2015;41(3):246-250.

222. Reisfield GM, Goldberger BA, Pesce AJ, et al. Ethyl glucuronide, ethyl sulfate, and ethanol in urine after intensive exposure to high ethanol content mouthwash. *J Anal Toxicol.* 2011;35(5):264-268.

223. Linder MW, Keck PE Jr. Standards of laboratory practice: antidepressant drug monitoring. National Academy of Clinical Biochemistry. *Clin Chem.* 1998;44(5):1073-1084.

224. Petit JM, Spiker DG, Ruwitch JF, Ziegler VE, Weiss AN, Biggs JT. Tricyclic antidepressant plasma levels and adverse effects after overdose. *Clin Pharmacol Ther.* 1977;21(1):47-51.

225. Melanson SE, Lewandrowski EL, Griggs DA, Flood JG. Interpreting tricyclic antidepressant measurements in urine in an emergency department setting: comparison of two qualitative point-of-care urine tricyclic antidepressant drug immunoassays with quantitative serum chromatographic analysis. *J Anal Toxicol.* 2007;31(5):270-275.

226. Baselt RC. *Disposition of Toxic Drugs and Chemicals in Man.* 5th ed. Foster City, CA: Chemical Toxicology Institute; 2000.