UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| ZACHARY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 18-cv-00288-NT |
| | ) | |
| JOSEPH FITZPATRICK, Commissioner of | ) | |
| Maine Department of Corrections; and SHAWN | ) | |
| D. GILLEN, Chief Deputy and Acting | ) | |
| Aroostook County Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Plaintiff, Zachary Smith

("Plaintiff"), and Defendant Shawn Gillen, Chief Deputy and Acting Aroostook County Sheriff

("Defendant Gillen") (collectively, the "Parties"), file this joint motion to stay proceedings

against Defendant Gillen until October 23, 2018. On September 25, 2018, Plaintiff's counsel

contacted counsel for Defendant Joseph Fitzpatrick, Commissioner of Maine Department of

Corrections, who stated that he does not object to the relief requested in this motion.

**BACKGROUND**

On July 26, 2018, the Plaintiff filed a civil rights case against Defendant Gillen and

Defendant Joseph Fitzpatrick, Commissioner of the Maine Department of Corrections, alleging

that the defendants' policies against providing medication-assisted treatment violated the

Plaintiff's rights under the U.S. Constitution and the Americans with Disabilities Act. *See*

Compl., ECF No. 1 (July 26, 2018). At the time of filing, the Plaintiff had been convicted of a

crime in state court, *State v. Smith*, Docket No. ARO-CD-CR-2018-00038, but he did not then

know whether he would be incarcerated in state or county custody. *Id.* at ¶¶ 49-51.

1

Since filing the complaint, it has become clear that the Plaintiff's sentence will not be served in Aroostook County Jail, supervised by Defendant Gillen. Instead, Plaintiff has been sentenced to a term of incarceration of nine months and one day in the Department of Corrections. Based on existing state court orders, Mr. Smith expects to report to custody to the Aroostook County Jail on October 22, 2018, which will then transport him to Maine Department of Corrections custody to serve his sentence. *See, e.g.*, Exhibit 1 (State Court Order).

In an effort to resolve the dispute between the Plaintiff and Defendant Gillen, the parties have entered into a joint stipulation to govern Defendant Gillen's transport of the Plaintiff to Maine Department of Corrections custody. Specifically, the parties have agreed as follows, in relevant part:

1.  By the close of business, October 18, 2018, Sheriff Gillen, or his designee, shall cooperate with Mr. Smith, and Mr. Smith shall cooperate with Shawn Gillen or his designee, to complete all processing paperwork, including medical and other administrative forms, that can be completed in advance of Mr. Smith reporting on October 22, 2018.

2.  On October 22, 2018, at approximately 9am, Mr. Smith shall report to Aroostook County Jail for processing and transport to the Maine Correctional Center or some other facility designated by the Maine Department of Corrections.

3.  On October 22, 2018, Defendant Gillen, or his designee, shall book and process Mr. Smith as quickly as reasonably possible, and shall leave Aroostook County Jail no later than 11am to transport Mr. Smith to the appropriate Department of Corrections facility.

4. No later than October 23, 2018, counsel for Defendant Gillen shall communicate with counsel for Mr. Smith to confirm that Mr. Smith has been turned over to the custody of the Maine Department of Corrections.

## DISCUSSION

Although "entry of a stay without explanation is disfavored," *Bowersox v. Williams*, 517 U.S. 345, 346 (1996), there is a good explanation for this stay because it may enable the Parties to resolve the case with respect to Sheriff Gillen without further Court involvement. As described above, the Parties have reached a proposed resolution of the case with respect to Defendant Gillen. Specifically, so long as Defendant Gillen complies with the agreement to provide immediate transport to the Maine Department of Corrections custody, as detailed above, the Parties agree that the case with respect to Defendant Gillen can be dismissed without prejudice. Because the transport is scheduled to take place on October 22, 2018, the Parties should know by October 23, 2018, whether the case can be dismissed without prejudice based upon the Parties' stipulations. Accordingly, good cause exists for staying proceedings with respect to Defendant Gillen until October 23, 2018.

## CONCLUSION

For these reasons, the Parties respectfully request that the Court grant this joint motion to stay proceedings with respect to Defendant Gillen until October 23, 2018.

Respectfully submitted,


Dated:  September 25, 2018                    /s/ Zachary L. Heiden
                                              Zachary L. Heiden
                                              American Civil Liberties Union of Maine
                                              Foundation
                                              121 Middle Street, Suite 200
                                              Portland, ME 04103
                                              (207) 619-6224
                                              *heiden@aclumaine.org*

                                              /s/ Emma E. Bond
                                              Emma E. Bond
                                              American Civil Liberties Union of Maine
                                              Foundation
                                              121 Middle Street, Suite 200
                                              Portland, ME 04103
                                              (207) 619-8687
                                              *ebond@aclumaine.org*

                                              Gabe Eber*
                                              American Civil Liberties Union
                                              National Prison Project
                                              915 15th St., NW, 7th Floor
                                              Washington, DC 20005
                                              (202) 548-6601
                                              *geber@aclu.org*

                                              *On behalf of Plaintiff, Zachary Smith*
                                              *\*admitted pro hac vice*

                                              Peter T. Marchesi
                                              Peter T. Marchesi, Esq.
                                              Wheeler & Arey, P.A.
                                              27 Temple Street, P.O. Box 376
                                              Waterville, ME  04903-0376
                                              (207) 660-9205
                                              peter@wheelerlegal.com

                                              *On behalf of Defendant Shawn Gillen,*
                                              *Chief Deputy and Acting Aroostook County*
                                              *Sheriff*


4

**CERTIFICATE OF SERVICE**

The undersigned certifies that she has electronically filed this date the foregoing Joint

Motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to all counsel of record. This filing is available for viewing and

downloading from the ECF system.


Dated:  September 25, 2018          /s/ Emma E. Bond
                                   Emma E. Bond
                                   American Civil Liberties Union of Maine
                                   Foundation
                                   121 Middle Street, Suite 200
                                   Portland, ME 04103
                                   (207) 619-8687
                                   *ebond@aclumaine.org*

                                   Counsel for Plaintiff, Zachary Smith