# United States Court of Appeals
## For the First Circuit

No. 19-1357

ZACHARY SMITH

Plaintiff - Appellant

v.

JOSEPH FITZPATRICK, in his official capacity
as Commissioner of Maine Department of Corrections

Defendant - Appellee

SHAWN D. GILLEN, in his official capacity
as Chief Deputy and Acting Aroostook County Sheriff

Defendant

**JUDGMENT**

Entered: June 13, 2019
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Zachary Heiden
Emma Bond
James Edward Fortin
Jason David Anton