# United States Court of Appeals
## For the First Circuit

No. 19-1357

ZACHARY SMITH

Plaintiff - Appellant

v.

JOSEPH FITZPATRICK, in his official capacity
as Commissioner of Maine Department of Corrections

Defendant - Appellee

SHAWN D. GILLEN, in his official capacity
as Chief Deputy and Acting Aroostook County Sheriff

Defendant

**MANDATE**

Entered: June 13, 2019

In accordance with the judgment of June 13, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jason David Anton
Emma Bond
James Edward Fortin
Zachary Heiden